JEREMY W. FAITH (State Bar No. 190647)
*Jeremy@MarguliesFaithLaw.com*
SAMUEL M. BOYAMIAN (State Bar No. 316877)
*Samuel@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

[Proposed] Attorneys for Sandra K. McBeth, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

| In re:<br><br>BARON BROTHERS NURSERY, INC.,<br><br>                                              Debtor. | Case No.: 9:23-bk-10157-RC<br><br>Chapter: 7<br><br>**NOTICE OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF MARGULIES FAITH LLP AS GENERAL COUNSEL FOR SANDRA K. MCBETH, CHAPTER 7 TRUSTEE EFFECTIVE MARCH 7, 2023**<br><br>[No Hearing Required] |
|---|---|

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Sandra K. McBeth, the Chapter 7 trustee in the above-referenced bankruptcy case has submitted an application to the United States Bankruptcy Court for an order authorizing him to employ Margulies Faith, LLP ("MF"), as general counsel for the Trustee (the "Application"). Margulies Faith commenced services on behalf of the Trustee in this Bankruptcy Case on March 7, 2023 and will seek approval of its fees in accordance with 11 U.S.C. §§ 330 or 331 as of that date.

The Trustee believes it is in the best interest of the estate to engage bankruptcy counsel to assist with the marshaling of assets, and other matters relating to the administration of the estate; to prepare and file motions, applications, and pleadings, and to resolve any other legal issues that may arise in the administration of the case. Employment of MF will minimize fees and reduce costs to the bankruptcy estate.

MF is a law firm experienced in bankruptcy proceedings and has agreed to undertake this employment as attorneys for the Trustee if authorized by this Court. MF will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the United States Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

MF has agreed to accept as compensation for its services as may be allowed by the Court in accordance with the law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors. MF has neither received a retainer nor a lien or interest in property of the Debtor's or third parties with respect to its representation of the Trustee. No agreement

exists for a division of fees between MF and any other person or entity except as among the members of MF. No compensation will be paid by the Trustee to MF except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code. Attached hereto as **Exhibit A**, is a copy of MF's resume and fee schedule which sets forth the experience and qualifications of MF's attorneys and their fees.

MF represents individual debtors as counsel of record in other bankruptcy cases. The Trustee is also a partner with MF and attorneys with MF have represented the Trustee and other trustees in cases before this court. These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the Bankruptcy Case. The Trustee is informed and believes that MF does not represent any interest adverse to the Trustee, to creditors herein, or the estate, and that MF is a "disinterested person" as such term is defined in 11 U.S.C. § 101(14). The Trustee believes that it is in the best interests of the estate to employ MF as general counsel to the Trustee and the estate.

Any person who wishes to receive a copy of the Application can do so by contacting proposed counsel for the Trustee, whose address and telephone number are listed in the upper left-hand corner of the first page hereof.

**PLEASE TAKE FURTHER NOTICE** that any response to the Application and request for hearing must comply with Local Bankruptcy Rule 9013-1(f)(1) and be filed with the Clerk of the Bankruptcy Court, located at 1415 State Street, Santa Barbara, California, and served on:

>Office of the United States Trustee
>915 Wilshire Blvd., Suite 1850
>Los Angeles, CA 90017
>
>Sandra K. McBeth, Chapter 7 Trustee
>7343 El Camino Real, Suite 185
>Atascadero, CA 93422
>
>Jeremy W. Faith, Esq.
>Samuel M. Boyamian, Esq.
>Margulies Faith, LLP
>16030 Ventura Blvd. Suite 470
>Encino, CA 91436

no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(h), papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application without further hearing and notice.

Dated: March 22, 2023                                     **MARGULIES FAITH, LLP**

                                                          */s/ Samuel M. Boyamian*
                                                            Jeremy W. Faith
Mailing Date: March 22, 2023                                Samuel M. Boyamian
                                                          [Proposed] Attorneys for Sandra K. McBeth
                                                          Chapter 7 Trustee

# Exhibit A



# BIOGRAPHIES

## *PARTNERS*

CRAIG G. MARGULIES, Education: University of California, Santa Barbara (B.A. 1992, *cum laude*); University of Miami School of Law (J.D. 1995, *cum laude*).  Admitted to California Bar, 1996; Minnesota, 1996; Colorado, 1996.  Admitted to the Ninth Circuit Court of Appeals; admitted to the Central, Southern, Northern and Eastern Districts of California.  Mr. Margulies serves on the Executive Committee to the Bankruptcy Section to the Beverly Hills Bar Association, and is a member of the American Bankruptcy Institute, California Bankruptcy Forum, Los Angeles County Bar Association, and Financial Lawyers Conference.  Mr. Margulies practices in Chapter 11, Chapter 7, and Chapter 13 bankruptcy cases.  Mr. Margulies' clients have included business and individual debtors and creditors, secured and unsecured creditors, Bankruptcy Trustees, Official Unsecured Creditors' Committees, landlords, Homeowner Associations, and municipalities.  Mr. Margulies' billable rate is $655.00 per hour.

JEREMY W. FAITH, Education: University of California, Santa Barbara (B.A. - Business Economics, 1994); Loyola Law School (J.D. 1997).  After admission to the California Bar in 1997, Mr. Faith practiced State and Federal class action and appellate litigation, switching his specialization to bankruptcy and restructuring in 1999.  Beginning in 2000, Mr. Faith joined the Los Angeles bankruptcy firm Robinson, Diamant & Wolkowitz as an associate, becoming a partner in 2006.  Mr. Faith's career as a bankruptcy practitioner has focused on representing chapter 7 trustees, chapter 11 debtors-in-possession, litigants in bankruptcy court, and unsecured creditor committees.  In 2010 Mr. Faith started his own firm, Goodman Faith, LLP, eventually merging that practice with Craig G. Margulies to establish Margulies Faith, LLP in 2012.  Mr. Faith was appointed to the Panel of Chapter 7 Trustees for the Central District of California in 2011, in which capacity he continues to serve.  Mr. Faith's chapter 7 trustee position is based in the Central District's Northern Division. Mr. Faith also serves as a Chapter 11 Trustee in operating reorganization matters.  Mr. Faith's hourly rate is $655.00 per hour.



MONSI MORALES, Education: Boston University (B.A. 1998); Washington University School of Law (J.D. 2004). Admitted to California Bar, 2004. Ms. Morales graduated from Washington University School of Law in St. Louis, Missouri in 2004, where her coursework focused on bankruptcy and reorganization, commercial finance and general corporate law.  Following graduation, Ms. Morales moved to Los Angeles to serve as a law clerk to the Hon. Alan M. Ahart, Bankruptcy Judge for the Central District of California, from 2004 to 2007. Since beginning her practice in 2007, Ms. Morales has gained extensive experience as a bankruptcy practitioner, representing debtors, creditors, trustees and committees.  Ms. Morales is an active member of the Hispanic National Bar Association, IWIRC (International Women's Insolvency & Restructuring Confederation), the Beverly Hills Bar Association and Financial Lawyers Conference. Ms. Morales' hourly rate is $550.00 per hour.

MEGHANN TRIPLETT, Education: University of Southern California, Los Angeles, (B.A., Political Science, 2004); Chapman University School of Law, Orange, California, (J.D., 2009); Admitted to the California Bar, 2009; Admitted to Central, Southern, Northern, and Eastern Districts of California. Judicial Law Clerk to the Honorable Kathleen Thompson, and the Honorable Catherine E. Bauer, Santa Ana Division.  Member: American Bankruptcy Institute, IWIRC (International Women's Insolvency & Restructuring Confederation), Santa Barbara County and San Luis Obispo County Bar Associations. Ms. Triplett's hourly rate is $495.00 per hour.

## **ASSOCIATES**

ANNA LANDA, Education: University of California, Los Angeles (B.A., Political Science, 2006); Pepperdine Law School, Los Angeles (J.D., 2009).  Admitted to the California Bar in 2011; Admitted to the Central District of California in 2011.  Extern for the Honorable Gregory W. Alarcon (2007); Member: CDCBAA (Central District Consumer Bankruptcy Attorney Association).  Ms. Landa has 12 years of extensive experience representing debtors and creditors in all chapters of bankruptcy.  Fluent in Russian.  Ms. Landa's hourly rate is $445.00 per hour.



SAMUEL M. BOYAMIAN, Education: University of California, Riverside (B.A., History/Law & Society, Minor, International Relations, 2006); Southwestern Law School, Los Angeles (J.D., 2015). Admitted to the California Bar in 2017; Admitted to the Central District of California in 2018. Admitted to the Northern District of California in 2021. Extern for the Honorable Barry Russell (2014); Member: Armenian Bar Association, San Fernando Valley Bar Association, and the California Bankruptcy Forum. Mr. Boyamian's primary focus is Bankruptcy and Litigation. He has extensive experience representing debtors and creditors in all chapters of bankruptcy. He is fluent in Armenian. Mr. Boyamian's hourly rate is $425.00 per hour.

## *PARALEGALS*

HELEN CARDOZA, Education: University of California, San Diego (B.A., Political Science, 2008); Ms. Cardoza worked as a Generalist Clerk in the Clerk's office at the United States Bankruptcy Court, San Fernando Valley Division for three years with experience in all chapters of bankruptcy. Ms. Cardoza has worked with Margulies Faith, LLP from the inception of the firm and assists Mr. Faith with various bankruptcy administrator functions. Ms. Cardoza's hourly rate is $265.00 per hour.

ANGELA SABA, Education: Maric College (Paralegal Studies). Ms. Saba has extensive experience working with attorneys and clients in chapters 7 and 13 cases on behalf of debtors, and corporate debtors. She works directly with attorneys and clients, drafting legal pleadings and correspondence, analyzing records, assisting in preference/adversary action litigation, discovery, research, assisting with briefs and memoranda, and trial preparation. Ms. Saba's hourly rate is $255.00 per hour.

VICKY CASTRELLON, Education: Associates Degree in Paralegal Studies from College of the Canyons. Ms. Castrellon provides legal secretarial and paralegal support to the firm's attorneys and paralegals. Ms. Castrellon has been with Margulies Faith, LLP since 2015. Ms. Castrellon's hourly rate is $225.00 per hour.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF MARGULIES FAITH LLP AS GENERAL COUNSEL FOR SANDRA K. MCBETH, CHAPTER 7 TRUSTEE EFFECTIVE MARCH 7, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 22, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **[PROPOSED] ATTORNEY FOR CHAPTER 7 TRUSTEE: Samuel Mushegh Boyamian -** samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com, helen@marguliesfaithlaw.com, vicky@marguliesfaithlaw.com
> **[PROPOSED] ATTORNEY FOR CHAPTER 7 TRUSTEE: Jeremy Faith -** Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
> **CHAPTER 7 TRUSTEE: Sandra McBeth -**  jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
> **ATTORNEY FOR INTERESTED PARTY: Valerie Smith -** claims@recoverycorp.com
> **U.S. TRUSTEE: United States Trustee**  ustpregion16.nd.ecf@usdoj.gov
> **ATTORNEY FOR DEBTOR: William E. Winfield -** wwinfield@calattys.com, scuevas@calattys.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **March 22, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**:  Pursuant to General Order 23-01 issued on March 1, 2023, no Judge's copy is being served**.**
**DEBTOR**:  Baron Brothers Nursery, Inc., 7568 Santa Rosa Rd., Camarillo, CA 93012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 22, 2023 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

**2. SERVED BY UNITED STATES MAIL:**

A.S.L.
18383 Preston Rd., Suite 425
Dallas, TX 75252-6097

AAA Propane
621 Maulhardt Avenue
Oxnard, CA 93030-7925

AT&T Wireless
P.O. Box 78110
Phoenix, AZ 85062-8110

Acrisure
One Liberty St.
New York, NY 10006-1404

Advantage Cellular
Advantage Telecom
P.O. Box 5454
Ventura, CA 93005-0454

AgRx
751 South Rose Ave.
Oxnard, CA 93030-5146

Ali Namvar
c/o Brian C. Andrews, Esq.
Andrews Law Group
6104 Innovation Way
Carlsbad, CA 92009-1728

American Fastening Systems, Inc.
2301 Sturgis Rd.
Oxnard, CA 93030-8934

AutoZone, Inc.
P.O. Box 791409
Baltimore, MD 21279-1409

Baron Martinez
111 Marine Way
Kodiak, AK 99615-6302

Bellingham Underwriters, Inc.
P.O. Box 969
Westbrook, CT 06498-0969

Berylwood Heights Mutual Water
P.O. Box 48
Somis, CA 93066-0048

Better Business Bureau
P.O. Box 129
Santa Barbara, CA 93102-0129

(p)CBC FEDERAL CREDIT UNION
2151 EAST GONZALES ROAD
OXNARD CA 93036-3705

California Department of Tax
and Fee Administration
P.O. Box 942879

California Nursery Specialties
8925 Densmore
North Hills, CA 91343-3132

California Tax and Fee
Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Camlam Farms, Inc.
2577 Hilltop Lane
Camarillo, CA 93012-8236

Camlam Farms, Inc. c/o Patrick T.
Loughman, Lowthorp Richards
McMillan Miller & Templeman
300 E. Esplanade Dr., Ste. 850
Oxnard, CA 93036-1273

Camrosa Water District
P.O. Box 7000
Artesia, CA 90702-7000

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi
Costco Anywhere Visa
P.O. Box 790046
Saint Louis, MO 63179-0046

Citi
P.O. Box 6004
Sioux Falls, SD 57117-6004

Citi AAdvantage Platinum Select
Box 6500
Sioux Falls, SD 57117-6500

Citi Business AAdvantage Select
P.O. Box 790046
Saint Louis, MO 63179-0046

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citi Cards (Costco)
P.O. Box 78019
Phoenix, AZ 85062-8019

| | | |
|---|---|---|
| ClearPath GPS<br>3463 State St., Suite 494<br>Santa Barbara, CA 93105-2662 | Coast Water Solutions<br>374 Fairview Dr.<br>Ventura, CA 93001-2424 | Coastal States Insurance Services<br>1986 S. Victoria Ave.<br>Ventura, CA 93003-6601 |
| Cogg's Tire Service<br>2670 Cortez St.<br>Oxnard, CA 93036-1628 | Cogg's Tire Service<br>P.O. Box 7006<br>Oxnard, CA 93031-7006 | Conkle, Kremer & Engel<br>Amanda R. Washton<br>3130 Wilshire Blvd., Suite 500<br>Santa Monica, CA 90403-2351 |
| Corporation Service Company,<br>as Representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | Costco Anywhere Visa Business<br>Card by Citi<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 | Costco Anywhere Visa Business Card<br>P.O. Box 6704<br>Sioux Falls, SD 57117-6704 |
| Costco Anywhere Visa Card<br>P.O. Box 790057<br>Saint Louis, MO 63179-0057 | County of Ventura<br>Treasurer-Tax Collector<br>800 S. Victoria Ave. | DL Holdings<br>5431 Radford Ave.<br>Valley Village, CA 91607-2213 |
| DMV Renewal<br>P.O. Box 942894<br>Sacramento, CA 94297-0897 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Docu Products<br>4535 McGrath St., Suite A<br>Ventura, CA 93003-6494 |
| Dreaming Tree Civil<br>Heather O'Connel<br>1143 East Main St.<br>Ventura, CA 93001-3119 | E.B. Stone & Son, Inc.<br>131 Sunset Ave., Suite E<br>#347<br>Suisun City, CA 94585-6346 | E.J. Harrison and Sons, Inc.<br>P.O. Box 4009<br>Ventura, CA 93007-4009 |
| Echo Global Logistics<br>22168 Network Place<br>Chicago, IL 60673-1221 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Everest c/o Steve Larrimore<br>Global Solution Biz, LLC<br>Lien Enforcement Dept.<br>400 Galleria Pkwy, Ste. 1500<br>Atlanta, GA 30339-5953 |
| Excel Garden Products<br>851 North Vintage Ave.<br>Ontario, CA 91764-5391 | Excel Garden Products<br>File 57541<br>Los Angeles, CA 90074-7451 | Fauver, Large, Archbald & Spray LLP<br>Michael S. Fauver<br>820 State St., 4th Flr.<br>Santa Barbara, CA 93101-3272 |
| Fillmore and Piru Basins<br>Groundwater Sustainability Agency<br>P.O. Box 1110<br>Fillmore, CA 93016-1110 | Firemaster<br>1502 Eastman Ave., Suite B<br>Ventura, CA 93003-8020 | Firemaster<br>Dept 1019<br>P.O. Box 121019<br>Dallas, TX 75312-1019 |
| First Insurance Funding<br>P.O. Box 7000<br>Carol Stream, IL 60197-7000 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (p)UNIVERSAL WASTE SYSTEMS<br>9010 NORWALK BLVD<br>SANTA FE SPRINGS CA 90670-2532 |

Hayduk Trust
1986 S. Victoria Ave.
Ventura, CA 93003-6601

Hayduk Trust
c/o Manfredi, Levine, Eccles,
Miller & Lanson
3262 E. Thousand Oaks Blvd., # 200
Thousand Oaks, CA 91362-3400

Herald Printing, Ltd
1242 Los Angeles Ave.
Ventura, CA 93004-1920

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James Baron
P.O. Box 1294
Somis, CA 93066-1294

James Michael Baron
P.O. Box 1294
Somis, CA 93066-1294

Joan DiMartino
22287 Mulholland Hwy. # 279
Calabasas, CA 91302-5157

Jose Ayala Ortiz
1926 Junto Lane
Oxnard, CA 93036-7950

Kellogg Supply, Inc.
350 West Sepulveda Blvd.
Carson, CA 90745-6389

Kerri Baker
2684 Capella Way
Thousand Oaks, CA 91362-4955

Linde Gas & Equipment, Inc.
Dept LA 21511
Pasadena, CA 91185-1511

MYE, LLC
405 Science Dr.
Moorpark, CA 93021-2247

MacValley Oil Company
ConicoOil
100 Del Norte Blvd.
Oxnard, CA 93030-7913

Melodee Ice Cream
2649 W. First St.
Santa Ana, CA 92703-3403

Mercury Insurance Company
P.O. Box 11991
Santa Ana, CA 92711-1991

Mitchell & Associates
333 N. Lantana St., Suite 265
Camarillo, CA 93010-9008

Mitsubishi HC Capital America, Inc.
21925 Network Place
Chicago, IL 60673-1219

Mitsubishi/Hitachi
P.O. Box 0574
Carol Stream, IL 60132-0574

(p)NEC FINANCIAL SERVICES
250 PEHLE AVE
STE 704
SADDLE BROOK NJ 07663-5888

O'Reilly
P.O. Box 9464
Springfield, MO 65801-9464

Otto & Sons Nursery
1835 E. Guiberson Rd.
Fillmore, CA 93015-9718

Philips 66 Synchrony
P.O. Box 530970
Atlanta, GA 30353-0970

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Redwood Products Company
P.O. Box 2662
Corona, CA 92878-2662

Richard A Baron
7568 Santa Rosa Rd.
Camarillo, CA 93012-8261

Richard Baron and James Baron
7568 Santa Rosa Rd.
Camarillo, CA 93012-8261

Shadow Farms, LLC
133 De La Guerra - 149
Santa Barbara, CA 93101

Shell
WEX Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

| | | |
|---|---|---|
| Shell Small Business<br>P.O. Box 639<br>Portland, ME 04104-0639 | Southern California Edison<br>P.O. Box 600<br>Rosemead, CA 91771-0001 | Staples Business Advantage<br>Dept LA<br>Chicago, IL 60696-3689 |
| State of California<br>Franchise Tax Board<br>P.O. Box 3065<br>Rancho Cordova, CA 95741-3065 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | T-Y Nursery, Inc.<br>5221 Arvada St.<br>Torrance, CA 90503-1399 |
| T-Y Nursery, Inc.<br>P.O. Box 424<br>15335 Highway 76<br>Pauma Valley, CA 92061-9583 | T-Y Nursery, Inc.<br>P.O. Box 566<br>31761 Trabuco Canyon Rd.<br>Trabuco Canyon, CA 92678-0566 | Tire Man<br>2815 Dorothy Dr.<br>Agoura Hills, CA 91301 |
| Turning Point Foundation<br>P.O. Box 24397<br>Ventura, CA 93002-4397 | United Site Services<br>P.O. Box 660475<br>Dallas, TX 75266-0475 | United States Department of<br>Agriculture - Farm Service Agency<br>Santa Barbara County Office<br>920 East Stowell Rd.<br>Santa Maria, CA 93454-7008 |
| | United Water Conservation District<br>1701 Lombard St., Suite 200<br>Oxnard, CA 93030-8235 | Valley Alarm<br>P.O. Box 311<br>San Fernando, CA 91341-0311 |
| Valley Growers Nursery, Inc.<br>8366 Fair Oaks Ave.<br>Moorpark, CA 93021-9704 | Vangarde Group<br>4780 Ashford Dunwoody Rd.<br>Ste. 540 #411<br>Atlanta, GA 30338-5502 | Velocity Group USA Merchant<br>Support<br>290 Broadhollow Rd.<br>Melville, NY 11747-4801 |
| Ventura County Agricultural<br>Irrigated Lands Group<br>P.O. Box 3160<br>Ventura, CA 93006-3160 | Ventura County Public Works<br>1567 Spinnaker Dr. # 202<br>Ventura, CA 93001-4374 | Ventura County Public Works<br>Water and Sanitation Payment<br>Processing Center<br>P.O. Box 1470<br>Hemet, CA 92546-1470 |
| Ventura County Sheriff's<br>Office<br>800 South Victoria Ave.<br>HOJ Room 101<br>Ventura, CA 93009-0002 | Ventura County Tax Collector<br>Attn: Bankruptcy<br>800 S. Victoria Ave.<br>Ventura, CA 93009-1290 | William C. Brooks<br>5141 Tapo Canyon Rd.<br>Simi Valley, CA 93063-5132 |
| William Charles and Juanita Brooks<br>5141 Tapo Canyon Rd.<br>Simi Valley, CA 93063-5132 | | William E. Winfield<br>Nelson Comis Kettle & Kinney LLP<br>5811 Olivas Park Drive<br>Suite 202<br>Ventura, CA 93003-7857 |