| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William E. Winfield 122055**<br>**5811 Olivas Park Dr.**<br>**Suite 202**<br>**Ventura, CA 93003**<br>**8056044106 Fax:  8056044150**<br>**122055 CA**<br>**wwinfield@calattys.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In re:<br><br>        **Baron Brothers Nursery, Inc.**<br><br><br><br><br><br>                                                          Debtor(s) | CASE NO.: **9:23-bk-10157-RC**<br><br>CHAPTER: **7**<br><br>---<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B        ☐ Schedule C        ☐ Schedule D        ☑ Schedule E/F        ☑ Schedule G

☑ Schedule H        ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☐ Statement of Intentions        ☐ Master Mailing List

☑ Other *(specify)*        **(1) Amended Petition, (2) Amended Summary of Assets and Liabilities for Non-Individuals**
                           **and (3) Supplemental Creditor Matrix**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    March **31**, 2023

**Richard Baron**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 1                                **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **9:23-bk-10157-RC**          Chapter   **7**

■ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Baron Brothers Nursery, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **77-0117412** |

4.   Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7568 Santa Rosa Rd.**<br>**Camarillo, CA 93012**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ventura**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5.   Debtor's website (URL)

6.   Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (*if known*)  **9:23-bk-10157-RC** |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1114__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (*if known*) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When _____ | | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **All Debtor Locations**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

▬ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor    **Baron Brothers Nursery, Inc.**
Name                                                          Case number (*if known*)  **9:23-bk-10157-RC**

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | Baron Brothers Nursery, Inc. | Case number (*if known*) | 9:23-bk-10157-RC |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 31, 2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Richard Baron
Printed name

Title    President

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    March 31, 2023
MM / DD / YYYY

William E. Winfield 122055
Printed name

Nelson Comis Kettle & Kinney LLP
Firm name

5811 Olivas Park Dr.
Suite 202
Ventura, CA 93003
Number, Street, City, State & ZIP Code

Contact phone    8056044106        Email address    wwinfield@calattys.com

122055 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **9:23-bk-10157-RC**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $    **151,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................    $   **6,881,740.63**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................    $   **7,032,740.63**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................................    $    **244,094.99**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................    $    **236,930.91**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$   **1,552,419.57**

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b    $   **2,033,445.47**

**Fill in this information to identify the case:**

Debtor name    **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **9:23-bk-10157-RC**

■ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)        Type of account         Last 4 digits of account
                                                                                   number

        **Bank of America**

        3.1.  **(balance as of 2/27/23)**             **Business Checking**        6016              $10,061.17

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                         $10,061.17

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **480.46**    -        **0.00**    = ....        $480.46
                                         face amount            doubtful or uncollectible accounts

Debtor    **Baron Brothers Nursery, Inc.**    Case number *(If known)* **9:23-bk-10157-RC**
_____
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | **68,700.00** | - | **0.00** | =.... | | **$68,700.00** |
| | face amount | | doubtful or uncollectible accounts | | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$69,180.46**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Plants (Perishable):** **Moorpark - Hitch Ranch** **$1,200,000** **Fillmore Ranch** **$4,500,000** **Camarillo 700,000** | | $0.00 | | $6,400,000.00 |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.    **$6,400,000.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

Debtor    **Baron Brothers Nursery, Inc.**                                            Case number (*If known*)  **9:23-bk-10157-RC**
_____
          Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | Crops-either planted or harvested | | | |
| 29. | Farm animals *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | Farm machinery and equipment *(Other than titled motor vehicles)*<br>**Tractors, loaders and forklifts**<br>**see attached list (insurance amount used for value)**<br>**(1) 2011 Freightliner located at 1363 Chambersburg Rd., Fillmore, CA 93015 is titled under RP Contractors, Inc. but was paid for by Baron Brothers Nursery, Inc. - Baron Brothers Nursery, Inc. has an equitable interest in vehicle.**<br><br>**(2) 2011 Freightliners located at 8860 Stockton Rd., Moorpark, CA 93021 is titled under RP Contractors, Inc. but was paid for by Baron Brothers Nursery, Inc. - Baron Brothers Nursery, Inc. has an equitable interest in vehicle.**<br><br>**(1) Red Crane located at 8860 Stockton Rd., Moorpark, CA 93021 is titled under RP Contractors, Inc. but was paid for by Baron Brothers Nursery, Inc. - Baron Brothers Nursery, Inc. has an equitable interest in vehicle.**<br><br>**(1) Western Star Crane located at 8860 Stockton Rd., Moorpark, CA 93021 is titled under RP Contractors, Inc. but was paid for by Baron Brothers Nursery, Inc. - Baron Brothers Nursery, Inc. has an equitable interest in vehicle.** | $0.00 | | $216,500.00 |
| | **Ice Cream Freezer** | $0.00 | | Unknown |
| | **Custom-built palm scoop tractor attachment located at 1363 Chambersburg Rd., Fillmore, CA 93015** | $0.00 | | $5,000.00 |
| | **Klegg tree digging machine located at 1363 Chambersburg Rd., Fillmore, CA 93015** | $0.00 | | $8,000.00 |
| 31. | Farm and fishing supplies, chemicals, and feed | | | |
| 32. | Other farming and fishing-related property not already listed in Part 6 | | | |

33.    **Total of Part 6.**                                                                                    | $229,500.00 |
       Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**

Debtor    **Baron Brothers Nursery, Inc.**                          Case number *(If known)* **9:23-bk-10157-RC**
_____Name_____

■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____   Valuation method _____   Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| NEC Copy Machine | $0.00 | | Unknown |
| Pitney Bowes Postage Machine | $0.00 | | Unknown |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          | $0.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor   **Baron Brothers Nursery, Inc.**
Name

Case number *(If known)* **9:23-bk-10157-RC**

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | |
| 47.1. **2014 Freightliner VIN #<br>3HAMMAAL7EL488065 (the vehicle is<br>titled under RP Contractors, Inc. but<br>was paid for by Baron Brothers Nursery,<br>Inc.) Baron Brothers Nursery, Inc. has<br>an equitable interest in vehicle.** | $0.00 | | Unknown |
| 47.2. **Vehicles**<br><br>**See Attached list (new cost basis for<br>vulue of vehicle nos. 17-29, all others<br>unknown)** | $0.00 | N/A | $142,999.00 |
| 47.3. **1980's or 1990's Freightliner stakebed<br>truck<br>does not pass smog<br>located at 1363 Chambersburg Rd.,<br>Fillmore, CA 93015** | $0.00 | | $10,000.00 |
| 47.4. **1980's or 1990's International single-bed<br>car carrier<br>does not pass smog<br>located at 1363 Chambersburg Rd.,<br>Fillmore, CA 93015** | $0.00 | | $5,000.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 49. | Aircraft and accessories | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>**(2) 24' Containers<br>located at 4395 Hitch Blvd., Moorpark, CA<br>93021** | $0.00 | | $10,000.00 |
| | **40' Shipping Container<br>located at 1363 Chambersburg Rd., Fillmore,<br>CA 93015** | $0.00 | | $5,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $172,999.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor    **Baron Brothers Nursery, Inc.**
_____
Name

Case number *(If known)* **9:23-bk-10157-RC**

■ No
☐ Yes

---
| Part 9: | Real property |
---

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **7568 Santa Rosa Rd. Camarillo, CA 93012**<br><br>(approx. 4 acres) | Leased Land | $0.00 | | $0.00 |
| 55.2.    **1363 Chambersburg Rd. Fillmore, CA 93015**<br><br>(approx. 71 Acres) | Leased Land | $0.00 | | $0.00 |
| 55.3.    **4395 Hitch Blvd. Moorpark, CA 93021**<br><br>(approx. 40 acres) | Leased Land | $0.00 | | $0.00 |
| 55.4.    **8860 Stockton Rd. Moorpark, CA 93021**<br><br>(approx. 18 acres) | Leased Land | $0.00 | | $0.00 |
| 55.5.    **Shed**<br><br>**located at 7568 Santa Rosa Rd., Camarillo, CA 93012** | Equitable interest | $0.00 | | $2,000.00 |
| 55.6.    **20'x8' Portable Office located at 1363 Chambersburg Rd., Fillmore, CA 93015** | Equitable interest | $0.00 | | $5,000.00 |

Debtor    **Baron Brothers Nursery, Inc.**                              Case number (If known)  **9:23-bk-10157-RC**
                    Name

| 55.7. | Scottsman<br>Triple-Wide Office<br>Trailer (1440 sq. ft.)<br>VIN #<br>145738S0200265<br>CCG 9071<br>(value based on<br>Scottsman quote)<br>located at 7568 Santa<br>Rosa Rd., Camarillo,<br>CA 93012 | Equitable<br>interest | $0.00 | $86,400.00 |
|---|---|---|---|---|
| 55.8. | Scottsman<br>Single-Wide Office<br>Trailer (40'x12') VIN #<br>CCG 7809<br>(value based on<br>Scottsman quote)<br>located at 7568 Santa<br>Rosa Rd., Camarillo,<br>CA 93012 | Equitable<br>interest | $0.00 | $28,800.00 |
| 55.9. | Scottsman<br>Single-Wide Office<br>Trailer (40'x12') VIN #<br>CCA 7012<br>(value based on<br>Scottsman quote)<br>located at 7568 Santa<br>Rosa Rd., Camarillo,<br>CA 93012 | Equitable<br>interest | $0.00 | $28,800.00 |

56.    **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

                                                                                    | $151,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor  **Baron Brothers Nursery, Inc.**
_____      Case number *(If known)*  **9:23-bk-10157-RC**
  Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,061.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $69,180.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,400,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $229,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $172,999.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $151,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,881,740.63 | + 91b. $151,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,032,740.63 |

**Fill in this information to identify the case:**

Debtor name **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **9:23-bk-10157-RC**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$9,000.00** | **$3,350.00** |
| | **Brian and Amanda Jones** | | |
| | **13723 Night Sky Dr.** | | |
| | **Camarillo, CA 93012** | | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/25/23**

Basis for the claim:
**Deposit for (3) Trees**

Last 4 digits of account number **0730**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$90,611.52** | **$90,611.52** |
| | **California Tax and Fee** | | |
| | **Administration** | | |
| | **Account Information Group, MIC:** | | |
| | **29** | | |
| | **P.O. Box 942879** | | |
| | **Sacramento, CA 94279-0029** | | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2nd Qtr. 2022 to**

Basis for the claim:
**Sales and Use Tax**

Last 4 digits of account number **7412**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Development Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124,039.36 | $0.00 |

**Franchise Tax Board**
**Bankruptcy Section MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2012, 2013, and 2018**

Basis for the claim:
**Taxes**

Last 4 digits of account number **1668**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,951.05 | $0.00 |

**Ventura County Treasurer**
**and Tax Collector**
**800 S. Victoria Ave.**
**Ventura, CA 93009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,328.98 | $5,328.98 |
|---|---|---|---|---|

**Ventura County Treasurer
and Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2022**

Basis for the claim:
**Unsecured Taxes**

Last 4 digits of account number **5001**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**10606 Chalon, LLC
Attn: Robert Goodman/Tim Morrison
10880 Wilshire Blvd., Suite 1420
Los Angeles, CA 90024**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/3/2019**

Last 4 digits of account number **9078**

Basis for the claim:  **Under Inv. SI-3609078, Debtor owes 10606 Chalon, LLC 14 Trees and 10606 Chalon, LLC owes Debtor the balance of the invoice (10606 Chalon, LLC paid a deposit and received some trees but not all)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,081.85** |
|---|---|---|---|

**A.S.L.
18383 Preston Rd., Suite 425
Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/23/23**

Last 4 digits of account number **_**

Basis for the claim: **_**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.07** |
|---|---|---|---|

**AAA Propane
621 Maulhardt Avenue
Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim: **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Acrisure
One Liberty St.
New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,052.07** |
|---|---|---|---|

**Advantage Cellular
Advantage Telecom
P.O. Box 5454
Ventura, CA 93005-0454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim: **Phone**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 3 of 18

| Debtor | Baron Brothers Nursery, Inc. | Case number (if known) | 9:23-bk-10157-RC |
|---|---|---|---|
| | Name | | |

---

**3.6** Nonpriority creditor's name and mailing address
**AgRx**
**751 South Rose Ave.**
**Oxnard, CA 93030**

Date(s) debt was incurred  **11/2021 to 10/2022**
Last 4 digits of account number  **RO01**

As of the petition filing date, the claim is: *Check all that apply.*    $7,031.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**Ali Namvar**
**c/o Brian C. Andrews, Esq.**
**Andrews Law Group**
**6104 Innovation Way**
**Carlsbad, CA 92009**

Date(s) debt was incurred  _
Last 4 digits of account number  **BCNC**

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**American Fastening Systems, Inc.**
**2301 Sturgis Rd.**
**Oxnard, CA 93030**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $947.10
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**Ashley Osher**
**314 Del Norte Rd.**
**Ojai, CA 93023**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **customer pre-paid for trees but never received all trees**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**AT&T Wireless**
**P.O. Box 78110**
**Phoenix, AZ 85062-8225**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $242.41
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
**AutoZone, Inc.**
**P.O. Box 791409**
**Baltimore, MD 21279-1409**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $2,111.16
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
**Baron Martinez**
**111 Marine Way**
**Kodiak, AK 99615**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $2,662.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,937.00 |
|---|---|---|---|

**Bellingham Underwriters, Inc.**
P.O. Box 969
Westbrook, CT 06498-0969

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,440.94 |
|---|---|---|---|

**Berylwood Heights Mutual Water**
P.O. Box 48
Somis, CA 93066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**Better Business Bureau**
P.O. Box 129
Santa Barbara, CA 93102-0129

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**California Nursery Specialties**
8925 Densmore
North Hills, CA 91343

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Camlam Farms, Inc.**
2577 Hilltop Lane
Camarillo, CA 93012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,143.05 |
|---|---|---|---|

**Camrosa Water District**
P.O. Box 7000
Artesia, CA 90702-7000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,984.00 |
|---|---|---|---|

**CBC Federal Credit Union**
2151 E. Gonzales Rd.
Oxnard, CA 93036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,821.15 |

**Chase**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |

**Chase Bank**
**P.O. Box 78420**
**Phoenix, AZ 85062-8420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.52 |

**Citi**
**Costco Anywhere Visa**
**P.O. Box 790046**
**Saint Louis, MO 63179-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0593**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,170.27 |

**Citi AAdvantage Platinum Select**
**Box 6500**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8933**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,681.10 |

**Citi Business AAdvantage Select**
**P.O. Box 790046**
**Saint Louis, MO 63179-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4501**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |

**ClearPath GPS**
**3463 State St., Suite 494**
**Santa Barbara, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,985.25 |

**Coast Water Solutions**
**374 Fairview Dr.**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Baron Brothers Nursery, Inc.**

Case number (if known)    **9:23-bk-10157-RC**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.00 |
|---|---|---|---|

**Coastal States Insurance Services**
1986 S. Victoria Ave.
Ventura, CA 93003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,146.12 |
|---|---|---|---|

**Cogg's Tire Service**
P.O. Box 7006
Oxnard, CA 93036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.26 |
|---|---|---|---|

**Costco Anywhere Visa Business
Card by Citi**
P.O. Box 790046
Saint Louis, MO 63179-0046

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8367**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.52 |
|---|---|---|---|

**Costco Anywhere Visa Business
Card by Citi**
P.O. Box 790046
Saint Louis, MO 63179-0046

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6526**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.53 |
|---|---|---|---|

**De Lage Landen**
P.O. Box 41602
Philadelphia, PA 19101-1602

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Diamond Landscaping, Inc.
Attn: Brian Diamond**
13520 Herron St.
Sylmar, CA 91342

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Paid deposit for trees - never received trees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Divya Nayak**
1813 Santo Domingo
Camarillo, CA 93010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **purchased product but never received**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Baron Brothers Nursery, Inc.**                     Case number (if known)    **9:23-bk-10157-RC**
_____
          Name

| | |
|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address** | $41,892.72 |
| | **DL Holdings** | |
| | 5431 Radford Ave. | As of the petition filing date, the claim is: *Check all that apply.* |
| | Valley Village, CA 91607-2213 | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date(s) debt was incurred  11/2022 | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim:  **vendor** |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.35** | **Nonpriority creditor's name and mailing address** | $782.00 |
|---|---|---|
| | **DMV Renewal** | As of the petition filing date, the claim is: *Check all that apply.* |
| | P.O. Box 942894 | ☐ Contingent |
| | Sacramento, CA 94297-0897 | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.36** | **Nonpriority creditor's name and mailing address** | $988.87 |
|---|---|---|
| | **Docu Products** | As of the petition filing date, the claim is: *Check all that apply.* |
| | 4535 McGrath St., Suite A | ☐ Contingent |
| | Ventura, CA 93003 | ☐ Unliquidated |
| | Date(s) debt was incurred  6/2021 to 9/2022 | ☐ Disputed |
| | Last 4 digits of account number  C119 | Basis for the claim:  **contract invoices** |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.37** | **Nonpriority creditor's name and mailing address** | $4,668.75 |
|---|---|---|
| | **Dreaming Tree Civil** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Heather O'Connel** | ☐ Contingent |
| | 1143 East Main St. | ☐ Unliquidated |
| | Ventura, CA 93001 | ☐ Disputed |
| | Date(s) debt was incurred  12/6/19 | Basis for the claim:  **vendor** |
| | Last 4 digits of account number  1119 | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.38** | **Nonpriority creditor's name and mailing address** | $3,577.04 |
|---|---|---|
| | **E.B. Stone & Son, Inc.** | As of the petition filing date, the claim is: *Check all that apply.* |
| | 131 Sunset Ave., Suite E | ☐ Contingent |
| | #347 | ☐ Unliquidated |
| | Suisun City, CA 94585 | ☐ Disputed |
| | Date(s) debt was incurred  3/2021 to 12/2021 | Basis for the claim:  **vendor** |
| | Last 4 digits of account number  0460 | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.39** | **Nonpriority creditor's name and mailing address** | $5,482.37 |
|---|---|---|
| | **E.J. Harrison and Sons, Inc.** | As of the petition filing date, the claim is: *Check all that apply.* |
| | P.O. Box 4009 | ☐ Contingent |
| | Ventura, CA 93007-4009 | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| **3.40** | **Nonpriority creditor's name and mailing address** | $6,200.00 |
|---|---|---|
| | **Echo Global Logistics** | As of the petition filing date, the claim is: *Check all that apply.* |
| | 22168 Network Place | ☐ Contingent |
| | Chicago, IL 60673-1221 | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address

**Excel Garden Products**
**File 57541**
**Los Angeles, CA 90074-7451**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.42** | Nonpriority creditor's name and mailing address

**Fillmore and Piru Basins**
**Groundwater Sustainability Agency**
**P.O. Box 1110**
**Fillmore, CA 93016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$855.12

---

**3.43** | Nonpriority creditor's name and mailing address

**Firemaster**
**Dept 1019**
**P.O. Box 121019**
**Dallas, TX 75312-1019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$483.81

---

**3.44** | Nonpriority creditor's name and mailing address

**First Insurance Funding**
**P.O. Box 7000**
**Carol Stream, IL 60197-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,014.65

---

**3.45** | Nonpriority creditor's name and mailing address

**Green Wise Soil Technologies**
**9016 Norwalk Blvd.**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,800.00

---

**3.46** | Nonpriority creditor's name and mailing address

**Hayduk Trust**
**1986 S. Victoria Ave.**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid rent and other amounts through 5/2022
$23,033.28
June - September 2022 $64,800

Is the claim subject to offset? ■ No ☐ Yes

$87,833.28

---

**3.47** | Nonpriority creditor's name and mailing address

**Herald Printing, Ltd**
**1242 Los Angeles Ave.**
**Ventura, CA 93004-1992**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,087.91

---

Debtor  **Baron Brothers Nursery, Inc.**                                  Case number *(if known)*   **9:23-bk-10157-RC**
　　　　　　Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.59 |

**Home Depot Credit Services**
P.O. Box 790328
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2434**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,161.00 |

**Jensen Landscape**
Attn: David Conners
1250 Ames Ave.
Milpitas, CA 95035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16/23**

Last 4 digits of account number  **1242**

Basis for the claim:  **Under P.O. No. C301242, Debtor owes creditor trees and creditor owes Debtor the balance of the invoice (Creditor paid a deposit of approx. $4,161 but did not receive trees)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304,382.55 |

**Joan DiMartino**
22287 Mulholland Hwy. # 279
Calabasas, CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number __

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |

**Jose Ayala Ortiz**
1926 Junto Lane
Oxnard, CA 93036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,906.98 |

**Kazuhiko Nakanishi**
136 Ventana Ct.
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **6/9/21, 4/16/22, and 6/9/22**

Last 4 digits of account number __

Basis for the claim:  **customer - prepayment for trees never received**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,299.02 |

**Kellogg Supply, Inc.**
350 West Sepulveda Blvd.
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,606.74 |

**Linde Gas & Equipment, Inc.**
Dept LA 21511
Pasadena, CA 91185-1511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2022 to 8/2022**

Last 4 digits of account number  **1779**

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,006.90 |

**MacValley Oil Company**
**ConicoOil**
**100 Del Norte Blvd.**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2022 to 11/2022

Last 4 digits of account number  1086

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Marina Landscape Services, Inc.**
**Attn: Marty**
**27965 Smyth Dr. # 103**
**Valencia, CA 91355**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/13/21

Last 4 digits of account number  1451

Basis for the claim:  **Under Inv. SI-3611451, Debtor owes Marina Landscape Services, Inc. tree(s) and Marina Landscape Services, Inc. owes Debtor the balance of the invoice (Marina Landscape Services, Inc. paid a deposit and received some trees but not all)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $983.45 |

**Melodee Ice Cream**
**2649 W. First St.**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2022

Last 4 digits of account number  5913

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,022.66 |

**Mercury Insurance Company**
**P.O. Box 11991**
**Santa Ana, CA 92711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,518.00 |

**Mitchell & Associates**
**333 N. Lantana St., Suite 265**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2022

Last 4 digits of account number  _

Basis for the claim:  **professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |

**MYE, LLC**
**405 Science Dr.**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.45 |

**NEC Financial Services, Inc.**
**P.O. Box 100558**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Baron Brothers Nursery, Inc.**
Name

Case number (if known)   **9:23-bk-10157-RC**

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.14 |

**O'Reilly**
P.O. Box 9464
Springfield, MO 65801-9464

Date(s) debt was incurred  **9/2021 to 2/2022**

Last 4 digits of account number  **4374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,259.48 |

**Otto & Sons Nursery**
1835 E. Guiberson Rd.
Fillmore, CA 93015-9718

Date(s) debt was incurred  **4/2022 to 10/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,041.50 |

**Pacific Restoration Group, Inc.**
Attn: Edgar
P.O. Box 2061
Lake Elsinore, CA 92531-2061

Date(s) debt was incurred  **12/16/21**

Last 4 digits of account number  **1853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Under Inv. SI-3611853, Debtor owes creditor tree(s) and creditor owes Debtor the balance of the invoice (Creditor paid a deposit of approx. $20,041.50 but did not receive trees)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,488.34 |

**Philips 66 Synchrony**
P.O. Box 530970
Atlanta, GA 30353-0970

Date(s) debt was incurred  _

Last 4 digits of account number  **6547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **gas card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,305.00 |

**Redwood Products Company**
P.O. Box 2662
Corona, CA 92878-2662

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Richard Baron**
P.O. Box 25
Somis, CA 93066

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **shareholder loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Schulman Development**
Attn: Joe Gwerder
840 S. Rancho Dr. # 4-572
Las Vegas, NV 89106

Date(s) debt was incurred  **10/28/2021**

Last 4 digits of account number  **1656**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Under Inv. SI-3611656, Debtor owes Schulman Development trees and Shulman Development owes Debtor the balance of the invoice (Schulman Development paid a deposit and received some trees but not all)**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Baron Brothers Nursery, Inc.**                              Case number (if known)    **9:23-bk-10157-RC**
_____
Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,750.00 |

**3.69** Nonpriority creditor's name and mailing address
**Shadow Farms, LLC**
**133 De La Guerra - 149**
**Santa Barbara, CA 93101**

Date(s) debt was incurred   **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lawsuit - settlement**

Is the claim subject to offset? ■ No  ☐ Yes

$60,750.00

---

**3.70** Nonpriority creditor's name and mailing address
**Shell**
**WEX Bank**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred __

Last 4 digits of account number  **1609**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **gas card**

Is the claim subject to offset? ■ No  ☐ Yes

$11,254.87

---

**3.71** Nonpriority creditor's name and mailing address
**Southern California Edison**
**P.O. Box 600**
**Rosemead, CA 91771-0001**

Date(s) debt was incurred __

Last 4 digits of account number  **5901**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Account in the Name of J&R Properties but used by Baron Brothers Nursery, Inc.**

Is the claim subject to offset? ☐ No  ☐ Yes

$47,420.61

---

**3.72** Nonpriority creditor's name and mailing address
**Southern California Edison**
**P.O. Box 600**
**Rosemead, CA 91772**

Date(s) debt was incurred __

Last 4 digits of account number  **7406**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities - Account in the name of Richard Baron but used by Baron Brothers Nursery, Inc.**

Is the claim subject to offset? ☐ No  ☐ Yes

$32,745.00

---

**3.73** Nonpriority creditor's name and mailing address
**Southern California Edison**
**P.O. Box 600**
**Rosemead, CA 91772**

Date(s) debt was incurred __

Last 4 digits of account number  **9034**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities - in the name of Richard Baron but used by Baron Brothers Nursery, Inc.**

Is the claim subject to offset? ☐ No  ☐ Yes

$16,287.00

---

**3.74** Nonpriority creditor's name and mailing address
**Southwest Rapid Rewards**

Date(s) debt was incurred __

Last 4 digits of account number  **9337**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ☐ No  ☐ Yes

$44,485.33

---

**3.75** Nonpriority creditor's name and mailing address
**Staples Business Advantage**
**Dept LA**
**Chicago, IL 60696-3689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **office supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$109.77

---

Debtor   **Baron Brothers Nursery, Inc.**                                   Case number (if known)   **9:23-bk-10157-RC**
_____
Name

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,198.30 |

**T-Mobil**
P.O. Box 51843
Los Angeles, CA 90051-6143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,713.35 |

**T-Y Nursery, Inc.**
5221 Arvada St.
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2022 to 8/2022

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,267.29 |

**Tire Man**
2815 Dorothy Dr.
Agoura Hills, CA 91301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $797.71 |

**Turning Point Foundation**
P.O. Box 24397
Ventura, CA 93002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,401.35 |

**United Site Services**
P.O. Box 660475
Dallas, TX 75266-0475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2106

Basis for the claim:  services

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,440.21 |

**United Water Conservation District**
1701 Lombard St., Suite 200
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2022 to 6/2022

Last 4 digits of account number  01S2

Basis for the claim:  groundwater usage

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.00 |

**Valley Alarm**
P.O. Box 311
San Fernando, CA 91341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Baron Brothers Nursery, Inc.**
    Name

Case number (if known)    **9:23-bk-10157-RC**

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,611.25 |
|---|---|---|---|

**Valley Growers Nursery, Inc.**
8366 Fair Oaks Ave.
Moorpark, CA 93021

Date(s) debt was incurred  **8/2022 to 11/2022**
Last 4 digits of account number  **XXXXROBN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,063.43 |
|---|---|---|---|

**Ventura County Agricultural Irrigated Lands Group**
P.O. Box 3160
Ventura, CA 93006

Date(s) debt was incurred  **7/1/2022**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **service**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,488.07 |
|---|---|---|---|

**Ventura County Public Works Water and Sanitation Payment Processing Center**
P.O. Box 1470
Hemet, CA 92546-1470

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**William C. Brooks**
5141 Tapo Canyon Rd.
Simi Valley, CA 93063

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**William Charles and Juanita Brooks**
5141 Tapo Canyon Rd.
Simi Valley, CA 93063

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hitch Property Rent**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **California Department of Tax and Fee Administration**<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Camlam Farms, Inc. c/o Patrick T. Loughman, Lowthorp Richards McMillan Miller & Templeman**<br>300 E. Esplanade Dr., Ste. 850<br>Oxnard, CA 93036 | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Citi**<br>P.O. Box 6004<br>Sioux Falls, SD 57117-6004 | Line **3.24**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Citi**<br>P.O. Box 6004<br>Sioux Falls, SD 57117-6004 | Line **3.23**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Citi Cards**<br>P.O. Box 78045<br>Phoenix, AZ 85062-8045 | Line **3.23**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Citi Cards (Costco)**<br>P.O. Box 78019<br>Phoenix, AZ 85062-8019 | Line **3.22**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Citi Cards (Costco)**<br>P.O. Box 78019<br>Phoenix, AZ 85062-8019 | Line **3.29**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Citi Cards (Costco)**<br>P.O. Box 78019<br>Phoenix, AZ 85062-8019 | Line **3.30**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Citibusiness Card**<br>P.O. Bo 78045<br>Phoenix, AZ 85062-8045 | Line **3.24**<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 | **Cogg's Tire Service**<br>2670 Cortez St.<br>Oxnard, CA 93036 | Line **3.28**<br><br>☐ Not listed. Explain ____ | __ |
| 4.11 | **Conkle, Kremer & Engel**<br>Amanda R. Washton<br>3130 Wilshire Blvd., Suite 500<br>Santa Monica, CA 90403-2351 | Line **3.50**<br><br>☐ Not listed. Explain ____ | __ |
| 4.12 | **Costco Anywhere Visa Business Card**<br>P.O. Box 6704<br>Sioux Falls, SD 57104-6704 | Line **3.29**<br><br>☐ Not listed. Explain ____ | __ |
| 4.13 | **Costco Anywhere Visa Card**<br>P.O. Box 790057<br>Saint Louis, MO 63179-0057 | Line **3.22**<br><br>☐ Not listed. Explain ____ | __ |
| 4.14 | **Costco Anywhere Visa Card**<br>P.O. Box 790057<br>Saint Louis, MO 63179-0057 | Line **3.30**<br><br>☐ Not listed. Explain ____ | __ |
| 4.15 | **County of Ventura**<br>Treasurer-Tax Collector<br>P.O. Box 845642<br>Los Angeles, CA 90084-5642 | Line **2.7**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.16 **Diamond Landscaping, Inc.**<br>Attn: Brian Diamond<br>5431 Radford Ave.<br>Valley Village, CA 91607 | Line **3.32**<br><br>☐ Not listed. Explain _____ | __ |
| 4.17 **Excel Garden Products**<br>851 North Vintage Ave.<br>Ontario, CA 91764 | Line **3.41**<br><br>☐ Not listed. Explain _____ | __ |
| 4.18 **Fauver, Large, Archbald & Spray LLP**<br>Michael S. Fauver<br>820 State St., 4th Flr.<br>Santa Barbara, CA 93101 | Line **3.69**<br><br>☐ Not listed. Explain _____ | __ |
| 4.19 **Fillmore and Piru Basins**<br>Groundwater Sustainability Agency<br>P.O. Box 1110<br>Fillmore, CA 93016 | Line **3.42**<br><br>☐ Not listed. Explain _____ | __ |
| 4.20 **Firemaster**<br>1502 Eastman Ave., Suite B<br>Ventura, CA 93003 | Line **3.43**<br><br>☐ Not listed. Explain _____ | __ |
| 4.21 **Hayduk Trust**<br>c/o Manfredi, Levine, Eccles,<br>Miller & Lanson<br>3262 E. Thousand Oaks Blvd., # 200<br>Thousand Oaks, CA 91362 | Line **3.46**<br><br>☐ Not listed. Explain _____ | __ |
| 4.22 **Home Depot Credit Services**<br>P.O. Box 78011<br>Phoenix, AZ 85062-8011 | Line **3.48**<br><br>☐ Not listed. Explain _____ | __ |
| 4.23 **Shell Small Business**<br>P.O. Box 639<br>Portland, ME 04104-0639 | Line **3.70**<br><br>☐ Not listed. Explain _____ | __ |
| 4.24 **State of California**<br>**Franchise Tax Board**<br>P.O. Box 3065<br>Rancho Cordova, CA 95741-3065 | Line **2.4**<br><br>☐ Not listed. Explain _____ | __ |
| 4.25 **T-Mobil**<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | Line **3.76**<br><br>☐ Not listed. Explain _____ | __ |
| 4.26 **T-Y Nursery, Inc.**<br>P.O. Box 566<br>31761 Trabuco Canyon Rd.<br>Trabuco Canyon, CA 92678 | Line **3.77**<br><br>☐ Not listed. Explain _____ | __ |
| 4.27 **T-Y Nursery, Inc.**<br>P.O. Box 424<br>15335 Highway 76<br>Pauma Valley, CA 92061 | Line **3.77**<br><br>☐ Not listed. Explain _____ | __ |

Debtor  **Baron Brothers Nursery, Inc.**
        _Name_

Case number (if known)  **9:23-bk-10157-RC**

| Name and mailing address | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.28 | **T.M. Morrison & Associates, Inc.**<br>**1868 St. Albans Rd.**<br>**San Marino, CA 91108** | Line  __3.1__<br><br>☐  Not listed. Explain ____ | _ |
| 4.29 | **Ventura County Public Works**<br>**1567 Spinnaker Dr. # 202**<br>**Ventura, CA 93001** | Line  __3.85__<br><br>☐  Not listed. Explain ____ | _ |
| 4.30 | **Ventura County Sheriff's**<br>**Office**<br>**800 South Victoria Ave.**<br>**HOJ Room 101**<br>**Ventura, CA 93009** | Line  __3.17__<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  236,930.91 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 1,552,419.57 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  1,789,350.48 |

**Fill in this information to identify the case:**

Debtor name     **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **9:23-bk-10157-RC**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Under Inv. SI-3609078, Debtor owes 10606 Chalon, LLC 14 Trees and 10606 Chalon, LLC owes Debtor the balance of the invoice (10606 Chalon, LLC paid a deposit and received some trees but not all)** | |
|---|---|---|---|
| | State the term remaining | | **10606 Chalon, LLC** |
| | List the contract number of any government contract | | **Attn: Robert Goodman/Tim Morrison 10880 Wilshire Blvd., Suite 1420 Los Angeles, CA 90024** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Under Inv. 10730, Debtor owes Brian and Amanda Jones tree(s) and Brian and Amanda Jones owe Debtor the balance of the invoice (Brian and Amanda Jones paid a deposit of approx. $9,000 but did not receive trees)** | |
| | State the term remaining | | **Brian and Amanda Jones** |
| | List the contract number of any government contract | | **13723 Night Sky Dr. Camarillo, CA 93012** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Real Property Located at: 7568 Santa Rosa Rd. Camarillo, CA 93012** | |
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any government contract | | **Camlam Farms, Inc. 2577 Hilltop Lane Camarillo, CA 93012** |

Debtor 1   **Baron Brothers Nursery, Inc.**                                    Case number *(if known)*   **9:23-bk-10157-RC**
  _____ _____ _____
  First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Under Inv. SI-3611853, Debtor owes creditor tree(s) and creditor owes Debtor the balance of the invoice (Creditor paid a deposit of approx. $20,041.50 but did not receive trees)** | |
| | State the term remaining | | **Cod-Pacific Restoration Group, Inc.** |
| | | | **Attn: Edgar** |
| | List the contract number of any government contract | | **P.O. Box 2061** |
| | | | **Lake Elsinore, CA 92531-2061** |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor owes Diamond Landscaping, Inc. trees and Diamond Landscaping, Inc. owes Debtor the balance of invoice (Diamond Landscaping, Inc. paid a deposit of $65,000 and never received any trees)** | |
| | State the term remaining | | **Diamond Landscaping, Inc.** |
| | | | **Attn: Brian Diamond** |
| | List the contract number of any government contract | | **5431 Radford Ave.** |
| | | | **Valley Village, CA 91607** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | **Docu Products** |
| | List the contract number of any government contract | | **4535 McGrath St., Suite A** |
| | | | **Ventura, CA 93003** |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **lease for real property located at: 1363 Chambersburg Rd. Fillmore, CA 93015** | |
| | State the term remaining | | **Hayduk Trust** |
| | | | **1986 S. Victoria Ave.** |
| | List the contract number of any government contract | | **Ventura, CA 93003** |

Debtor 1   **Baron Brothers Nursery, Inc.**                                  Case number (*if known*)   **9:23-bk-10157-RC**

     First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Under P.O. No. C301242, Debtor owes creditor trees and creditor owes Debtor the balance of the invoice (Creditor paid a deposit of approx. $4,161 but did not receive trees) | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Jensen Landscape Attn: David Conners 1250 Ames Ave. Milpitas, CA 95035 |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Under Inv. SI-3611451, Debtor owes Marina Landscape Services, Inc. tree(s) and Marina Landscape Services, Inc. owes Debtor the balance of the invoice (Marina Landscape Services, Inc. paid a deposit and received some trees but not all) | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Marina Landscape Services, Inc. Attn: Marty 27965 Smyth Dr. # 103 Valencia, CA 91355 |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Finance Contract for 2014 Freightliner VIN # 3HAMMAAL7EL488065 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Mitsubishi/Hitachi P.O. Box 0574 Carol Stream, IL 60132-0574 |

Debtor 1   **Baron Brothers Nursery, Inc.**

     First Name        Middle Name        Last Name

Case number *(if known)*   **9:23-bk-10157-RC**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor owes Peter and Bonnie Fortin trees and Peter and Bonnie Fortin owe Debtor the balance of the invoice (Peter and Bonnie Fortin paid a deposit of $22,500 and received all but (12) Queen BB Palms)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Peter and Bonnie Fortin<br>47 Mollison Dr.<br>Simi Valley, CA 93065** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for postage machine** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Real Property Located at:<br>8860 Stockton Rd.<br>Moorpark, CA 93021** | |
|---|---|---|---|
| | State the term remaining | | **Richard Baron and James Baron<br>P.O. Box 25 (Richard Baron)<br>P.O. Box 1294 (James Baron)<br>Somis, CA 93066** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Under Inv. SI-3611656, Debtor owes Schulman Development trees and Shulman Development owes Debtor the balance of the invoice (Schulman Development paid a deposit and received some trees but not all)** | |
|---|---|---|---|
| | State the term remaining | | **Schulman Development<br>Attn: Joe Gwerder<br>840 S. Rancho Dr. # 4-572<br>Las Vegas, NV 89106** |
| | List the contract number of any government contract | | |

Debtor 1   **Baron Brothers Nursery, Inc.**                                   Case number *(if known)*   **9:23-bk-10157-RC**
     First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Merchant Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Square, Inc. |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Real Property Located at: 4395 Hitch Blvd. Moorpark, CA 93021** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **William Charles and Juanita Brooks 5141 Tapo Canyon Rd. Simi Valley, CA 93063** |

**Fill in this information to identify the case:**

Debtor name __Baron Brothers Nursery, Inc.__

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   __9:23-bk-10157-RC__

■ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: **Codebtor**                                                                        Column 2: **Creditor**

|      | Name | Mailing Address | Name | Check all schedules that apply: |
|------|------|-----------------|------|--------------------------------|
| 2.1 | **J&R Properties** | P.O. Box 25<br>Somis, CA 93066 | **Southern California Edison** | ☐ D ____<br>■ E/F __3.71__<br>☐ G ____ |
| 2.2 | **James Baron** | P.O. Box 1294<br>Somis, CA 93066 | **Camlam Farms, Inc.** | ☐ D ____<br>■ E/F __3.17__<br>☐ G ____ |
| 2.3 | **James Michael Baron** | P.O. Box 1294<br>Somis, CA 93066 | **United States Department of** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Richard A Baron** | P.O. Box 25<br>Somis, CA 93066 | **Costco Anywhere Visa Business** | ☐ D ____<br>■ E/F __3.30__<br>☐ G ____ |
| 2.5 | **Richard A. Baron** | P.O. Box 25<br>Somis, CA 93066 | **Citi AAdvantage Platinum Select** | ☐ D ____<br>■ E/F __3.23__<br>☐ G ____ |

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number *(if known)* | **9:23-bk-10157-RC** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| 2.6 | Richard A. Baron | P.O. Box 25<br>Somis, CA 93066 | Home Depot Credit Services | ☐ D ____<br>■ E/F **3.48**<br>☐ G ____ |
| 2.7 | Richard A. Baron | P.O. Box 25<br>Somis, CA 93066 | Franchise Tax Board | ☐ D ____<br>■ E/F **2.4**<br>☐ G ____ |
| 2.8 | Richard A. Baron | P.O. Box 25<br>Somis, CA 93066 | California Tax and Fee | ☐ D ____<br>■ E/F **2.2**<br>☐ G ____ |
| 2.9 | Richard A. Baron | P.O. Box 25<br>Somis, CA 93066 | Joan DiMartino | ☐ D ____<br>■ E/F **3.50**<br>☐ G ____ |
| 2.10 | Richard A. Baron | P.O. Box 25<br>Somis, CA 93066 | United States Department of | ■ D **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Richard Baron | P.O. Box 25<br>Somis, CA 93066 | Ali Namvar | ☐ D ____<br>■ E/F **3.7**<br>☐ G ____ |
| 2.12 | Richard Baron | P.O. Box 25<br>Somis, CA 93066 | Camlam Farms, Inc. | ☐ D ____<br>■ E/F **3.17**<br>☐ G ____ |
| 2.13 | Richard Baron | P.O. Box 25<br>Somis, CA 93066 | Corporation Service Company, | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number *(if known)* | **9:23-bk-10157-RC** |
|--------|------|--|------|------|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

---

2.14  **Richard Baron**      P.O. Box 25
                              Somis, CA 93066        **Southern California Edison**

☐ D _____
■ E/F __3.72__
☐ G _____

---

2.15  **Richard Baron**      P.O. Box 25
                              Somis, CA 93066        **Southern California Edison**

☐ D _____
■ E/F __3.73__
☐ G _____

---

2.16  **Richard Baron**      P.O. Box 25
                              Somis, CA 93066        **Camlam Farms, Inc.**

☐ D _____
☐ E/F _____
■ G __2.3__

---

**Fill in this information to identify the case:**

Debtor name **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **9:23-bk-10157-RC**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $202,796.06 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $4,733,133.99 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $3,951,653.39 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Baron Brothers Nursery, Inc.**                                    Case number *(if known)*  **9:23-bk-10157-RC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Southern California Edison**<br>P.O. Box 600<br>Rosemead, CA 91771-0001 | 12/27/23<br>$3,005.28,<br>1/5/23<br>$160.83,<br>1/11/23<br>$1,752.49,<br>1/11/23<br>$565.91,<br>1/11/23<br>$464.88,<br>1/11/23<br>$345.54,<br>1/11/23<br>$178.07,<br>1/11/23<br>$14.04,<br>1/13/23<br>$1,275.57,<br>1/23/23<br>$4,630.97,<br>1/23/23<br>$3,528.15,<br>1/23/23<br>$1,027,<br>2/7/23<br>$160.83,<br>2/8/23<br>$1,715.73,<br>2/9/23<br>$13.58,<br>2/9/23<br>$178.07,<br>2/9/23<br>$426.54,<br>2/9/23<br>$1,430.03,<br>2/14/23<br>$165.03,<br>2/14/23<br>$508.47, and<br>2/14/23<br>$1,133.92,<br>2/22/23<br>$1,129.81,<br>2/22/23<br>$2,060.64 | $25,871.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.2.    **Blue Shield of California**<br>P.O. Box 54530<br>Los Angeles, CA 90054-0530 | 1/18/23<br>$7,801.28<br>and 2/9/23<br>$1,157.65 | $8,958.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Health Insurance** |

| Debtor | Baron Brothers Nursery, Inc. | Case number *(if known)* 9:23-bk-10157-RC |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Richard Baron<br>7568 Santa Rosa Rd<br>Camarillo, CA 93012<br>Debtor's President | $2,920<br>weekly | $151,840.00 | compensation |
| 4.2.  Moro Baron<br>7568 Santa Rosa Rd.<br>Camarillo, CA 93012<br>Debtor's President's Wife | 12/23/22<br>$326.26,<br>1/10/23 $573, | $899.26 | expense reimbursements |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Shadow Farms<br>v.<br>Baron Brothers Nurseries,<br>Inc.<br>19CV04378 | Complaint | Superior Court of California - County of<br>Santa Barbara - Anacapa Division<br>1100 Anacapa St.<br>P.O. Box 21107<br>Santa Barbara, CA 93121 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  Ali Namvar<br>v.<br>Baron Brothers Nursery and<br>Richard Baron<br>37-2022-00027949-CU-BC-NC | | Superior Court of California<br>County of San Diego<br>North County Division<br>325 South Melrose Drive<br>Vista, CA 92081 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Baron Brothers Nursery, Inc.**                                              Case number *(if known)* **9:23-bk-10157-RC**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Joan Dimartino<br>v.<br>Richard Baron and<br>Baron Brothers, Inc.<br>22VECV00729 | Breach of<br>Promissory Note | Superior Court of California<br>- County of<br>Los Angeles - Van Nuys<br>Courthouse East<br>6230 Sylmar Ave.<br>Van Nuys, CA 91401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Camlam Farms, Inc.<br>v.<br>Richard Baron, et al.<br>56-2022-00573230-CL-UD-VTA | Unlawful Detainer | Superior Court of California<br>County of Ventura<br>800 South Victoria Ave.<br>Ventura, CA 93006-6489 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Ronald Hayduk and Martha<br>Hayduk, Trustees of the<br>Hayduk Trust Dated October<br>16, 2005<br>v.<br>Baron Brothers Nursery, Inc.<br>56-2022-00572277-CU-UD-VTA | Unlawful Detainer | Superior Court of California<br>County of Ventura<br>800 S. Victoria Ave.<br>Ventura, CA 93009 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Baron Brothers Nursery, Inc.<br>v.<br>California Ranch Company,<br>LLC<br>Unknown | complaint | Superior Court of California<br>County of Riverside<br>Southwest Justice Center<br>30755-D Auld Rd., Ste. 1226<br>Murrieta, CA 92563 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for<br>example, from insurance, government compensation, or<br>tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule<br>A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property<br>lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **Baron Brothers Nursery, Inc.**                    Case number (if known)    **9:23-bk-10157-RC**

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nelson Comis Kettle & Kinney LLP**<br>**5811 Olivas Park Dr., Suite 202**<br>**Ventura, CA 93003** | | 2/9/23 | $2,800.00 |
| | **Email or website address**<br>**wwinfield@calattys.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Camlam Farms, Inc.**<br>**2577 Hilltop Lane**<br>**Camarillo, CA 93012** | **John Deere Model 444H 1997 Serial # 580446 PIN# DW444HX580446** | 11/2022 | $60,000.00 |
| | **Relationship to debtor**<br>**Debtor's Landlord** | | | |

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Baron Brothers Nursery, Inc.** | Case number *(if known)* | **9:23-bk-10157-RC** |
|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Ventura County Credit Union 2575 Vista Del Mar Dr., Ste. 100 Ventura, CA 93001** | **XXXX-7000** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/9/22** | **$5.00** |
| 18.2. | **Ventura County Credit Union 2575 Vista Del Mar Dr. Suite 100 Ventura, CA 93001** | **XXXX-7002** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/09/22** | **$11,237.02** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Baron Brothers Nursery, Inc.**                    Case number *(if known)*  **9:23-bk-10157-RC**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Baron Brothers, Inc.<br>P.O. Box 25<br>Somis, CA 93066 | 1363 Chambersburg Rd.<br>Fillmore, CA 93015 | - (6) acres of Berry Hoop Houses with Panda Plastic= valued at $550,000<br>- (150) 1/2 hp blowers valued at $280 each = total value $42,000<br>- (2) Hemp Bucking Machines valued at $25,000 each =  total value $50,000<br>- (60) Electrical Spider Boxes valued at $450 each = total value $27,000<br>- (100) 100' extension cords valued at $68 each - total value $6,800 | $675,800.00 |
| Baron Brothers, Inc.<br>P.O. Box 25<br>Somis, CA 93066 | 8860 Stockton Rd.<br>Moorpark, CA 93021 | - (60) Dehumidifiers valued at $2,800 each = total value $168,000<br>- (20) Desiccant dehumidifiers valued at $5,500 each = total value $110,000<br>- Python Hemp Cleaning Machine valued at $120,000<br>- (2) Trimeezz bucking machines valued at $48,000 each = total value $96,000 | $494,000.00 |
| MacValley Oil Company<br>100 Del Norte Blvd.<br>Oxnard, CA 93030 | 7568 Santa Rosa Rd.<br>Camarillo, CA 93012 | 1000 gallon diesel tank | Unknown |
| MacValley Oil Company<br>100 Del Norte Blvd.<br>Oxnard, CA 93030 | 1363 Chambersburg Rd.<br>Fillmore, CA 93015 | 1000 gallon diesel tank | Unknown |
| MacValley Oil Company<br>100 Del Norte Blvd.<br>Oxnard, CA 93030 | 4395 Hitch Blvd.<br>Moorpark, CA 93021 | 1000 gallon diesel tank | Unknown |

| Debtor | Baron Brothers Nursery, Inc. | | Case number *(if known)* 9:23-bk-10157-RC |
|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Richard Baron<br>P.O. Box 25<br>Somis, CA 93066 | 8860 Stockton Rd.<br>Moorpark, CA 93021 | 45' Yellow Shipping Container<br>and Contents | Unknown |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Baron Brothers Nursery, Inc.<br>7568 Santa Rosa Rd.<br>Camarillo, CA 93012 | Farming | EIN:  77-0117412<br><br>Dates business existed<br>From-To  5/21/1986 to current |

26.  **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

Debtor    **Baron Brothers Nursery, Inc.**                               Case number *(if known)*    **9:23-bk-10157-RC**

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Mitchell & Associates, APC**<br>**333 N. Lantana St., Suite 265**<br>**Camarillo, CA 93010** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Baron** | **P.O. Box 25**<br>**Somis, CA 93066** | **President and Shareholder** | **60%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Baron** | **P.O. Box 1294**<br>**Somis, CA 93066** | **shareholder** | **40%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James Michael Baron** | **P.O. Box 1294**<br>**Somis, CA 93066** | **Vice President** | **resigned 3/2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **Baron Brothers Nursery, Inc.**          Case number (if known)  **9:23-bk-10157-RC**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 31, 2023

Signature of individual signing on behalf of the debtor          **Richard Baron**
                                                                 Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Baron Brothers Nursery, Inc. Ch. 7 Case No. 9:23-bk-10157-RC**

**Supplemental Creditor Matrix – listing of added creditors:**


10606 Chalon, LLC

Attn: Robert Goodman/Tim Morrison

10880 Wilshire Blvd., Suite 1420

Los Angeles, CA 90024


Ashley Osher

314 Del Norte Rd.

Ojai, CA 93023


Brian and Amanda Jones

13723 Night Sky Dr.

Camarillo, CA 93012


Diamond Landscaping, Inc.

Attn: Brian Diamond

13520 Herron St.

Sylmar, CA 91342


Diamond Landscaping, Inc.

Attn: Brian Diamond

5431 Radford Ave.

Valley Village, CA 91607


Divya Nayak

1813 Santo Domingo

Camarillo, CA 93010

J&R Properties
P.O. Box 25
Somis, CA 93066

Jensen Landscape
Attn: David Conners
1250 Ames Ave.
Milpitas, CA 95035

Kazuhiko Nakanishi
136 Ventana Ct.
Thousand Oaks, CA 91360

Marina Landscape Services, Inc.
Attn: Marty
27965 Smyth Dr. # 103
Valencia, CA 91355

Pacific Restoration Group, Inc.
Attn: Edgar
P.O. Box 2061
Lake Elsinore, CA 92531-2061

Peter and Bonnie Fortin
47 Mollison Dr.
Simi Valley, CA 93065

Richard Baron

P.O. Box 25

Somis, CA 93066


Schulman Development

Attn: Joe Gwerder

840 S. Rancho Dr. # 4-572

Las Vegas, NV 89106


T.M. Morrison & Associates, Inc.

1868 St. Albans Rd.

San Marino, CA 91108

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5811 Olivas Park Dr., Suite 202, Ventura, CA 93003**

A true and correct copy of the foregoing document entitled (*specify*): **(1) Amended Petition, (2) Amended Summary of Assets and Liabilities for Non-Individuals, (3) Amended Schedule A/B, (4) Amended Schedule E/F, (5) Amended Schedule G, (6) Amended Amended Schedule H, (7) Amended Statement of Financial Affairs, and (8) Supplemental Creditor Matrix** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 31, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Ch. 7 Trustee Attorney: Samuel Mushegh Boyamian**    samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com, helen@marguliesfaithlaw.com, vicky@marguliesfaithlaw.com, **Ch. 7 Trustee Attorney: Jeremy Faith**  Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com, **Ch. 7 Trustee: Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com, **On Behalf of Philips 66: Valerie Smith**    claims@recoverycorp.com, **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov, **Counsel for Debtor: William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **March 31, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

~~**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 8, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.~~

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 31, 2023 | Sandy Cuevas | /s/ Sandy Cuevas |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

10606 Chalon, LLC
Attn: Robert Goodman/Tim Morrison
10880 Wilshire Blvd., Suite 1420
Los Angeles, CA 90024

Ashley Osher
314 Del Norte Rd.
Ojai, CA 93023

Brian and Amanda Jones
13723 Night Sky Dr.
Camarillo, CA 93012

Diamond Landscaping, Inc.
Attn: Brian Diamond
13520 Herron St.
Sylmar, CA 91342

Diamond Landscaping, Inc.
Attn: Brian Diamond
5431 Radford Ave.
Valley Village, CA 91607

Divya Nayak
1813 Santo Domingo
Camarillo, CA 93010

J&R Properties
P.O. Box 25
Somis, CA 93066

Jensen Landscape
Attn: David Conners
1250 Ames Ave.
Milpitas, CA 95035

Kazuhiko Nakanishi
136 Ventana Ct.
Thousand Oaks, CA 91360

Marina Landscape Services, Inc.
Attn: Marty
27965 Smyth Dr. # 103
Valencia, CA 91355

Pacific Restoration Group, Inc.
Attn: Edgar
P.O. Box 2061
Lake Elsinore, CA 92531-2061

Peter and Bonnie Fortin
47 Mollison Dr.
Simi Valley, CA 93065

Richard Baron
P.O. Box 25
Somis, CA 93066

Schulman Development
Attn: Joe Gwerder
840 S. Rancho Dr. # 4-572
Las Vegas, NV 89106

T.M. Morrison & Associates, Inc.
1868 St. Albans Rd.
San Marino, CA 91108

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE