JEREMY W. FAITH (State Bar No. 190647)
*Jeremy@MarguliesFaithLaw.com*
SAMUEL M. BOYAMIAN (State Bar No. 316877)
*Samuel@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Counsel for
Sandra McBeth, Chapter 7 Trustee

**FILED & ENTERED**

**APR 11 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust       DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>BARON BROTHERS NURSERY, INC.,<br><br>Debtor. | Case No.: 9:23-bk-10157-RC<br><br>Chapter: 7<br><br>**ORDER AUTHORIZING THE EMPLOYMENT OF MARGULIES FAITH, LLP AS GENERAL BANKRUPTCY COUNSEL FOR** ~~JEREMY W. FAITH~~ **SANDRA K. MCBETH, CHAPTER 7 TRUSTEE EFFECTIVE MARCH 7, 2023**<br><br>[11 U.S.C. §§ 327, 330; Fed. R. Bankr. P. 2002, 2014; L.B.R. 2014-1; 9013-1(o)]<br><br>[No Hearing Required] |

The Court, having considered the "Application for Order Authorizing Employment of Margulies Faith, LLP as General Bankruptcy Counsel for Sandra McBeth, Chapter 7 Trustee; Declaration in Support Thereof" (the "Application," Docket No. 8), and the declaration regarding non-opposition to the Application; finding that it appears in the best interests of this that the Chapter 7 Trustee herein employ Margulies Faith LLP ("MF") as general counsel of the Chapter 7 Trustee; finding further that MF has no adverse interest and is disinterested; and good cause appearing, it is therefore

/ / /

**ORDERED** that:

1. The Application is approved;

2. The Chapter 7 Trustee is hereby authorized to employ MF as counsel, with said employment effective, March 7, 2023, the date of commencement of services, for the purposes set forth in the Application and upon the terms and conditions set forth herein, with reimbursement of fees and expenses pursuant to § 330.

###

Date: April 11, 2023

Ronald A. Clifford III
United States Bankruptcy Judge

2