United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 23-10157-RC

Baron Brothers Nursery, Inc.                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Baron Brothers Nursery, Inc., 7568 Santa Rosa Rd., Camarillo, CA 93012-8261 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elissa Miller | on behalf of Interested Party Courtesy NEF elissa.miller@gmlaw.com emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com |
| Jeremy Faith | on behalf of Trustee Sandra McBeth (TR) Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Trustee Sandra McBeth (TR) samuel@marguliesfaithlaw.com angela@marguliesfaithlaw.com,helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com |
| Samuel Mushegh Boyamian | on behalf of Interested Party Courtesy NEF samuel@marguliesfaithlaw.com |

angela@marguliesfaithlaw.com,helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

Sandra McBeth (TR)
jwalker@mcbethlegal.com  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Valerie Smith
on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

William E. Winfield
on behalf of Debtor Baron Brothers Nursery  Inc. wwinfield@calattys.com, scuevas@calattys.com


TOTAL: 9

JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
SAMUEL M. BOYAMIAN (SBN 316877)
*Samuel@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

[Proposed] Counsel for Sandra McBeth,
Chapter 7 Trustee

**FILED & ENTERED**

APR 11 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY handy      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>BARON BROTHERS NURSERY, INC.,<br><br>Debtor. | Case No.:  9:23-bk-10157-RC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING POSSESSION AND ACCESS TO THE PROPERTY LOCATED AT 7568 SANTA ROSA ROAD, CAMARILLO, CALIFORNIA 93012** |

The Court, having reviewed and considered the "Stipulation Regarding Possession and Access to the Property Located at 7568 Santa Rosa Road, Camarillo, California 93012" (the "Stipulation," Dkt. No. 30), between Sandra McBeth, Chapter 7 Trustee of Baron Brothers Nursery, Inc. ("Trustee"), and Camlam Farms, Inc. ("Landlord", collectively, with the Trustee, hereinafter referred to as the "Parties") and for good cause appearing,

**HEREBY ORDERS** that:

1.      The Stipulation is **APPROVED**;

2.      Landlord shall provide the Trustee with a copy of all keys or combinations to a lock to access all Debtor's areas. The Trustee shall provide 3-hour notice by email or

text of intent to access the property. The time and period of access and identity of the person accessing shall be sent to john@camlamfarms.com and maureen@camlamfarms.com or texted to 805-377-8248 and 707-548-0453. Access to be limited from 8 a.m. to 5 p.m. Monday through Saturday, unless otherwise agreed to by Landlord.

3.    The Trustee, her counsel, and her accounting professionals are authorized to enter the Property and remove Assets therefrom as set forth in Paragraph 2 of the Stipulation.

4.    The Trustee shall be authorized to provide access to the Property to any prospective purchaser of the Assets provided such prospective purchaser is accompanied by the Trustee or one of her employed professionals and the Trustee assures that such purchaser has adequate liability and workers' compensation Insurance. The Trustee shall not provide Richard Barron access to the Property, unless otherwise agreed to by Landlord.

5.    The Trustee shall provide notice to the Landlord prior to the removal of any Assets by a purchaser or other third-party not employed by the Trustee. Notice shall be given by way of email or text as set forth in Paragraph 2 of the Stipulation.

6.    Landlord shall be entitled to an administrative expense claim in the Bankruptcy Case for storage fees at a rate of $200 per day ("Storage Fees"). In the event the Trustee abandons the Property, Landlord may dispose of the abandoned Property in its discretion without further notice to the Trustee or Debtor.

///

///

///

///

///

///

2

1

7.     The Trustee will return all keys to the Property within 48 hours of the

2  Trustee removing or abandoning all Assets on the Property, at which time no further

3  Storage Fees can accrue.

4                                          ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: April 11, 2023

25                                  Ronald A. Clifford III
                                  United States Bankruptcy Judge
26

27

28

3