Sandra K. McBeth, TRUSTEE
7343 El Camino Real # 185
Atascadero, CA  93422
(805) 464-2985
smcbeth@mcbethlegal.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN (SANTA BARBARA) DIVISION

| | |
|---|---|
| In Re: | Case No: 9:23-BK-10157-RC |
| BARON BROTHERS NURSERY INC | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR[11 USC 341(A)] |

COUNSEL: WILLIAM E WINFIELD

**TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:**

PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **05/08/23 at 1:30PM**.

Provide to the Trustee: Contact info for Hartley Environmental & Natures Growers, Bank statements for all accounts for 4 years, 2018 & 2019 tax returns, pink slips and keys for all equipment and vehicles

**ALL DOCUMENTS/AMENDMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED HEARING. ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING.**

*All Debtors, Counsel and interested parties shall participate in this hearing by calling **1-866-916-0360** on the date and at the time this meeting is now scheduled as set forth above.  The participant code for this meeting is **8251904#**. The following are guidelines for participation in this telephonic hearing:

1. Please call from a touchtone phone with minimal background noise;
2. Once you have connected to the conference line, please mute your phone until your matter is called;
3. When your case is called, please unmute your phone, identify yourself and speak in a loud, clear voice;
4. When your hearing is over, please disconnect from the conference line.

Dated:    04/17/2023                                    /s/ Sandra K. McBeth, Chapter 7 Trustee
                                                         Sandra K. McBeth, TRUSTEE

On April 17, 2023, I served the foregoing document described as Notice of Continued Meetings on the interested parties in this action at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail or served by the court via NEF to parties in this action that are on the Electronic Mail Notice List to receive NEF transmission. Debtor(s) was/were served at the address as follows:

BARON BROTHERS NURSERY INC
7568 SANTA ROSA RD.
CAMARILLO, CA  93012

Dated:    04/17/2023                                    /s/ Donna Earnest
                                                         Donna Earnest, Trustee Administrator