| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William E. Winfield 122055**<br>**5811 Olivas Park Dr.**<br>**Suite 202**<br>**Ventura, CA 93003**<br>**8056044106 Fax:  8056044150**<br>**122055 CA**<br>**wwinfield@calattys.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>**Baron Brothers Nursery, Inc.**<br><br><br><br>Debtor(s) | CASE NO.: **9:23-bk-10157-RC**<br><br>CHAPTER: **7**<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☑ Other (*specify*)      **(1) Amended Summary of Assets and Liabilities for Non-Individuals and (2) Supplemental Creditor Matrix**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      April 20, 2023

_____
Richard Baron
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor name   **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **9:23-bk-10157-RC**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................................. $   **151,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................................. $   **6,881,740.63**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................................... $   **7,032,740.63**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $   **244,094.99**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $   **236,930.91**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$   **1,693,427.66**

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b                        $   **2,174,453.56**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Baron Brothers Nursery, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **9:23-bk-10157-RC**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Brian and Amanda Jones**<br>**13723 Night Sky Dr.**<br>**Camarillo, CA 93012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,000.00** | **$3,350.00** |
| Date or dates debt was incurred<br>**2/25/23** | Basis for the claim:<br>**Deposit for (3) Trees** | | |
| Last 4 digits of account number **0730**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**California Tax and Fee Administration**<br>**Account Information Group, MIC: 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$90,611.52** | **$90,611.52** |
| Date or dates debt was incurred<br>**2nd Qtr. 2022 to** | Basis for the claim:<br>**Sales and Use Tax** | | |
| Last 4 digits of account number **7412**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

55163

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As the petition filing date, the claim is: | | $0.00 | $0.00 |

**2.3** Priority creditor's name and mailing address
**Employment Development
Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
**Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: $124,039.36    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2012, 2013, and 2018**

Basis for the claim:
**Taxes**

Last 4 digits of account number **1668**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address
**Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address
**Ventura County Treasurer
and Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009**

As of the petition filing date, the claim is: $7,951.05    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As the petition filing date, the claim is: | $5,328.98 | $5,328.98 |
|---|---|---|---|---|

**2.7**
Priority creditor's name and mailing address
**Ventura County Treasurer
and Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,328.98        $5,328.98

Date or dates debt was incurred
**10/2022**

Basis for the claim:
**Unsecured Taxes**

Last 4 digits of account number  **5001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address
**10606 Chalon, LLC
Attn: Robert Goodman/Tim Morrison
10880 Wilshire Blvd., Suite 1420
Los Angeles, CA 90024**

Date(s) debt was incurred  **9/3/2019**

Last 4 digits of account number  **9078**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Under Inv. SI-3609078, Debtor owes 10606 Chalon, LLC 14 Trees and 10606 Chalon, LLC owes Debtor the balance of the invoice (10606 Chalon, LLC paid a deposit and received some trees but not all)**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

**3.2**
Nonpriority creditor's name and mailing address
**A.S.L.
18383 Preston Rd., Suite 425
Dallas, TX 75252**

Date(s) debt was incurred  **2/23/23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$156,081.85

**3.3**
Nonpriority creditor's name and mailing address
**AAA Propane
621 Maulhardt Avenue
Oxnard, CA 93030**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,219.07

**3.4**
Nonpriority creditor's name and mailing address
**Acrisure
One Liberty St.
New York, NY 10006**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

**3.5**
Nonpriority creditor's name and mailing address
**Advantage Cellular
Advantage Telecom
P.O. Box 5454
Ventura, CA 93005-0454**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone**

Is the claim subject to offset? ■ No  ☐ Yes

$2,052.07

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,031.84 |
|---|---|---|---|

**AgRx**
**751 South Rose Ave.**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2021 to 10/2022**

Basis for the claim:  **vendor**

Last 4 digits of account number  **RO01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ali Namvar**
**c/o Brian C. Andrews, Esq.**
**Andrews Law Group**
**6104 Innovation Way**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **lawsuit**

Last 4 digits of account number **BCNC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $947.10 |
|---|---|---|---|

**American Fastening Systems, Inc.**
**2301 Sturgis Rd.**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Ashley Osher**
**314 Del Norte Rd.**
**Ojai, CA 93023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer pre-paid for trees but never received all trees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.41 |
|---|---|---|---|

**AT&T Wireless**
**P.O. Box 78110**
**Phoenix, AZ 85062-8225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Phone**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,111.16 |
|---|---|---|---|

**AutoZone, Inc.**
**P.O. Box 791409**
**Baltimore, MD 21279-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,662.50 |
|---|---|---|---|

**Baron Martinez**
**111 Marine Way**
**Kodiak, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,937.00 |
|---|---|---|---|

**Bellingham Underwriters, Inc.**
P.O. Box 969
Westbrook, CT 06498-0969

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,440.94 |
|---|---|---|---|

**Berylwood Heights Mutual Water**
P.O. Box 48
Somis, CA 93066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 |
|---|---|---|---|

**Better Business Bureau**
P.O. Box 129
Santa Barbara, CA 93102-0129

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 |
|---|---|---|---|

**California Nursery Specialties**
8925 Densmore
North Hills, CA 91343

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Camlam Farms, Inc.**
2577 Hilltop Lane
Camarillo, CA 93012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,143.05 |
|---|---|---|---|

**Camrosa Water District**
P.O. Box 7000
Artesia, CA 90702-7000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,984.00 |
|---|---|---|---|

**CBC Federal Credit Union**
2151 E. Gonzales Rd.
Oxnard, CA 93036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,025.19 |
|---|---|---|
| **Chamption Crane**<br>P.O. Box 208670<br>Dallas, TX 75320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  7/14/22 | Basis for the claim:   services | |
| Last 4 digits of account number  R008 | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,821.15 |
|---|---|---|
| **Chase** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,000.00 |
|---|---|---|
| **Chase Bank**<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:   credit card | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.52 |
|---|---|---|
| **Citi**<br>**Costco Anywhere Visa**<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:   credit card | |
| Last 4 digits of account number  0593 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,170.27 |
|---|---|---|
| **Citi AAdvantage Platinum Select**<br>**Box 6500**<br>Sioux Falls, SD 57117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:   credit card | |
| Last 4 digits of account number  8933 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,681.10 |
|---|---|---|
| **Citi Business AAdvantage Select**<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:   credit card | |
| Last 4 digits of account number  4501 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|
| **ClearPath GPS**<br>3463 State St., Suite 494<br>Santa Barbara, CA 93105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,985.25 |
|---|---|---|---|

**Coast Water Solutions**
**374 Fairview Dr.**
**Ventura, CA 93001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.00 |
|---|---|---|---|

**Coastal States Insurance Services**
**1986 S. Victoria Ave.**
**Ventura, CA 93003**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,146.12 |
|---|---|---|---|

**Cogg's Tire Service**
**P.O. Box 7006**
**Oxnard, CA 93036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.26 |
|---|---|---|---|

**Costco Anywhere Visa Business**
**Card by Citi**
**P.O. Box 790046**
**Saint Louis, MO 63179-0046**

Date(s) debt was incurred __

Last 4 digits of account number  8367

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.52 |
|---|---|---|---|

**Costco Anywhere Visa Business**
**Card by Citi**
**P.O. Box 790046**
**Saint Louis, MO 63179-0046**

Date(s) debt was incurred __

Last 4 digits of account number  6526

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.53 |
|---|---|---|---|

**De Lage Landen**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Diamond Landscaping, Inc.**
**Attn: Brian Diamond**
**13520 Herron St.**
**Sylmar, CA 91342**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Paid deposit for trees - never received trees

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Divya Nayak**<br>**1813 Santo Domingo**<br>**Camarillo, CA 93010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **purchased product but never received** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,892.72** |
|---|---|---|---|
| | **DL Holdings**<br>**5431 Radford Ave.**<br>**Valley Village, CA 91607-2213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/2022** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$782.00** |
|---|---|---|---|
| | **DMV Renewal**<br>**P.O. Box 942894**<br>**Sacramento, CA 94297-0897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$988.87** |
|---|---|---|---|
| | **Docu Products**<br>**4535 McGrath St., Suite A**<br>**Ventura, CA 93003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **6/2021 to 9/2022** | Basis for the claim: **contract invoices** | |
| | Last 4 digits of account number **C119** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,668.75** |
|---|---|---|---|
| | **Dreaming Tree Civil**<br>**Heather O'Connel**<br>**1143 East Main St.**<br>**Ventura, CA 93001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/6/19** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number **1119** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,577.04** |
|---|---|---|---|
| | **E.B. Stone & Son, Inc.**<br>**131 Sunset Ave., Suite E**<br>**#347**<br>**Suisun City, CA 94585** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/2021 to 12/2021** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number **0460** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,482.37** |
|---|---|---|---|
| | **E.J. Harrison and Sons, Inc.**<br>**P.O. Box 4009**<br>**Ventura, CA 93007-4009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,200.00 |
|---|---|---|---|
| | **Echo Global Logistics** | ☐ Contingent | |
| | **22168 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1221** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Excel Garden Products** | ☐ Contingent | |
| | **File 57541** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-7451** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.12 |
|---|---|---|---|
| | **Fillmore and Piru Basins** | ☐ Contingent | |
| | **Groundwater Sustainability Agency** | ☐ Unliquidated | |
| | **P.O. Box 1110** | ☐ Disputed | |
| | **Fillmore, CA 93016** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $483.81 |
|---|---|---|---|
| | **Firemaster** | ☐ Contingent | |
| | **Dept 1019** | ☐ Unliquidated | |
| | **P.O. Box 121019** | ☐ Disputed | |
| | **Dallas, TX 75312-1019** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,014.65 |
|---|---|---|---|
| | **First Insurance Funding** | ☐ Contingent | |
| | **P.O. Box 7000** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-7000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **Gail Johnson** | ☐ Contingent | |
| | **2401 Ranchgrove Dr.** | ☐ Unliquidated | |
| | **Westlake Village, CA 91361** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **prepaid for plants but never received** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,800.00 |
|---|---|---|---|
| | **Green Wise Soil Technologies** | ☐ Contingent | |
| | **9016 Norwalk Blvd.** | ☐ Unliquidated | |
| | **Santa Fe Springs, CA 90670** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,833.28 |
|---|---|---|---|

**Hayduk Trust**
1986 S. Victoria Ave.
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unpaid rent and other amounts through 5/2022 $23,033.28
June - September 2022 $64,800

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,087.91 |
|---|---|---|---|

**Herald Printing, Ltd**
1242 Los Angeles Ave.
Ventura, CA 93004-1992

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.59 |
|---|---|---|---|

**Home Depot Credit Services**
P.O. Box 790328
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2434

Basis for the claim:  credit card

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,161.00 |
|---|---|---|---|

**Jensen Landscape**
Attn: David Conners
1250 Ames Ave.
Milpitas, CA 95035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/16/23

Last 4 digits of account number  1242

Basis for the claim:  Under P.O. No. C301242, Debtor owes creditor trees and creditor owes Debtor the balance of the invoice (Creditor paid a deposit of approx. $4,161 but did not receive trees)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304,382.55 |
|---|---|---|---|

**Joan DiMartino**
22287 Mulholland Hwy. # 279
Calabasas, CA 91302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2019

Last 4 digits of account number _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|

**Jose Ayala Ortiz**
1926 Junto Lane
Oxnard, CA 93036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,906.98 |
|---|---|---|---|

**Kazuhiko Nakanishi**
136 Ventana Ct.
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  6/9/21, 4/16/22, and 6/9/22

Last 4 digits of account number _

Basis for the claim:  customer - prepayment for trees never received

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,299.02** |
|---|---|---|---|

**Kellogg Supply, Inc.**
**350 West Sepulveda Blvd.**
**Carson, CA 90745**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,606.74** |
|---|---|---|---|

**Linde Gas & Equipment, Inc.**
**Dept LA 21511**
**Pasadena, CA 91185-1511**

Date(s) debt was incurred  4/2022 to 8/2022
Last 4 digits of account number  1779

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,006.90** |
|---|---|---|---|

**MacValley Oil Company**
**ConicoOil**
**100 Del Norte Blvd.**
**Oxnard, CA 93030**

Date(s) debt was incurred  5/2022 to 11/2022
Last 4 digits of account number  1086

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marina Landscape Services, Inc.**
**Attn: Marty**
**27965 Smyth Dr. # 103**
**Valencia, CA 91355**

Date(s) debt was incurred  8/13/21
Last 4 digits of account number  1451

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Under Inv. SI-3611451, Debtor owes Marina
Landscape Services, Inc. tree(s) and Marina Landscape Services, Inc.
owes Debtor the balance of the invoice (Marina Landscape Services,
Inc. paid a deposit and received some trees but not all)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$983.45** |
|---|---|---|---|

**Melodee Ice Cream**
**2649 W. First St.**
**Santa Ana, CA 92703**

Date(s) debt was incurred  5/2022
Last 4 digits of account number  5913

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,022.66** |
|---|---|---|---|

**Mercury Insurance Company**
**P.O. Box 11991**
**Santa Ana, CA 92711**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,518.00** |
|---|---|---|---|

**Mitchell & Associates**
**333 N. Lantana St., Suite 265**
**Camarillo, CA 93010**

Date(s) debt was incurred  9/2022
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  professional services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|---|
| | MYE, LLC<br>405 Science Dr.<br>Moorpark, CA 93021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.45 |
|---|---|---|---|
| | NEC Financial Services, Inc.<br>P.O. Box 100558<br>Pasadena, CA 91189 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.14 |
|---|---|---|---|
| | O'Reilly<br>P.O. Box 9464<br>Springfield, MO 65801-9464 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/2021 to 2/2022__ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number __4374__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,259.48 |
|---|---|---|---|
| | Otto & Sons Nursery<br>1835 E. Guiberson Rd.<br>Fillmore, CA 93015-9718 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __4/2022 to 10/2022__ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,041.50 |
|---|---|---|---|
| | Pacific Restoration Group, Inc.<br>Attn: Edgar<br>P.O. Box 2061<br>Lake Elsinore, CA 92531-2061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __12/16/21__ | Basis for the claim: __Under Inv. SI-3611853, Debtor owes creditor tree(s)__<br>__and creditor owes Debtor the balance of the invoice (Creditor paid a__<br>__deposit of approx. $20,041.50 but did not receive trees)__ | |
| | Last 4 digits of account number __1853__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128,982.90 |
|---|---|---|---|
| | Performance Nursery, Inc.<br>6001 E. Los Angeles Ave.<br>Somis, CA 93066 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,488.34 |
|---|---|---|---|
| | Philips 66 Synchrony<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __gas card__ | |
| | Last 4 digits of account number __6547__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,305.00 |
|---|---|---|---|

**Redwood Products Company**
P.O. Box 2662
Corona, CA 92878-2662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Baron**
P.O. Box 25
Somis, CA 93066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **shareholder loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Schulman Development**
Attn: Joe Gwerder
840 S. Rancho Dr. # 4-572
Las Vegas, NV 89106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/2021**

Basis for the claim:  **Under Inv. SI-3611656, Debtor owes Schulman Development trees and Shulman Development owes Debtor the balance of the invoice (Schulman Development paid a deposit and received some trees but not all)**

Last 4 digits of account number  **1656**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,750.00 |
|---|---|---|---|

**Shadow Farms, LLC**
133 De La Guerra - 149
Santa Barbara, CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **lawsuit - settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,254.87 |
|---|---|---|---|

**Shell**
**WEX Bank**
P.O. Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **gas card**

Last 4 digits of account number  **1609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,420.61 |
|---|---|---|---|

**Southern California Edison**
P.O. Box 600
Rosemead, CA 91771-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities - Account in the Name of J&R Properties but used by Baron Brothers Nursery, Inc.**

Last 4 digits of account number  **5901**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,745.00 |
|---|---|---|---|

**Southern California Edison**
P.O. Box 600
Rosemead, CA 91772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utilities - Account in the name of Richard Baron but used by Baron Brothers Nursery, Inc.**

Last 4 digits of account number  **7406**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.76** | Nonpriority creditor's name and mailing address
**Southern California Edison**
P.O. Box 600
Rosemead, CA 91772

Date(s) debt was incurred _
Last 4 digits of account number **9034**

As of the petition filing date, the claim is: *Check all that apply.*    **$16,287.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities - in the name of Richard Baron but used by Baron Brothers Nursery, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
**Southwest Rapid Rewards**

Date(s) debt was incurred _
Last 4 digits of account number **9337**

As of the petition filing date, the claim is: *Check all that apply.*    **$44,485.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address
**Staples Business Advantage**
Dept LA
Chicago, IL 60696-3689

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$109.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **office supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address
**T-Mobil**
P.O. Box 51843
Los Angeles, CA 90051-6143

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,198.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address
**T-Y Nursery, Inc.**
5221 Arvada St.
Torrance, CA 90503

Date(s) debt was incurred  **7/2022 to 8/2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,713.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address
**Tire Man**
2815 Dorothy Dr.
Agoura Hills, CA 91301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,267.29**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address
**Turning Point Foundation**
P.O. Box 24397
Ventura, CA 93002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$797.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,401.35 |
|---|---|---|---|

**United Site Services**
P.O. Box 660475
Dallas, TX 75266-0475

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number  **2106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,440.21 |
|---|---|---|---|

**United Water Conservation District**
1701 Lombard St., Suite 200
Oxnard, CA 93030

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/2022 to 6/2022**

Basis for the claim:  **groundwater usage**

Last 4 digits of account number  **01S2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.00 |
|---|---|---|---|

**Valley Alarm**
P.O. Box 311
San Fernando, CA 91341

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,611.25 |
|---|---|---|---|

**Valley Growers Nursery, Inc.**
8366 Fair Oaks Ave.
Moorpark, CA 93021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **8/2022 to 11/2022**

Basis for the claim:  **vendor**

Last 4 digits of account number  **XXXXROBN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,063.43 |
|---|---|---|---|

**Ventura County Agricultural
Irrigated Lands Group**
P.O. Box 3160
Ventura, CA 93006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/1/2022**

Basis for the claim:  **service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,488.07 |
|---|---|---|---|

**Ventura County Public Works
Water and Sanitation Payment
Processing Center**
P.O. Box 1470
Hemet, CA 92546-1470

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**William C. Brooks**
5141 Tapo Canyon Rd.
Simi Valley, CA 93063

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Baron Brothers Nursery, inc.** | Case number *(if known)* | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|
| | **William Charles and Juanita Brooks** <br> **5141 Tapo Canyon Rd.** <br> **Simi Valley, CA 93063** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Hitch Property Rent** <br> Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **California Department of Tax and Fee Administration** <br> **P.O. Box 942879** <br> **Sacramento, CA 94279-0001** | Line **2.2** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Camlam Farms, Inc. c/o Patrick T. Loughman, Lowthorp Richards McMillan Miller & Templeman** <br> **300 E. Esplanade Dr., Ste. 850** <br> **Oxnard, CA 93036** | Line **3.17** <br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Citi** <br> **P.O. Box 6004** <br> **Sioux Falls, SD 57117-6004** | Line **3.25** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Citi** <br> **P.O. Box 6004** <br> **Sioux Falls, SD 57117-6004** | Line **3.24** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Citi Cards** <br> **P.O. Box 78045** <br> **Phoenix, AZ 85062-8045** | Line **3.24** <br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **Citi Cards (Costco)** <br> **P.O. Box 78019** <br> **Phoenix, AZ 85062-8019** | Line **3.23** <br> ☐ Not listed. Explain ____ | _ |
| 4.7 | **Citi Cards (Costco)** <br> **P.O. Box 78019** <br> **Phoenix, AZ 85062-8019** | Line **3.30** <br> ☐ Not listed. Explain ____ | _ |
| 4.8 | **Citi Cards (Costco)** <br> **P.O. Box 78019** <br> **Phoenix, AZ 85062-8019** | Line **3.31** <br> ☐ Not listed. Explain ____ | _ |
| 4.9 | **Citibusiness Card** <br> **P.O. Bo 78045** <br> **Phoenix, AZ 85062-8045** | Line **3.25** <br> ☐ Not listed. Explain ____ | _ |

| Debtor | Baron Brothers Nursery, Inc. | Case number (if known) | 9:23-bk-10157-RC |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Cogg's Tire Service**<br>2670 Cortez St.<br>Oxnard, CA 93036 | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Conkle, Kremer & Engel**<br>Amanda R. Washton<br>3130 Wilshire Blvd., Suite 500<br>Santa Monica, CA 90403-2351 | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Costco Anywhere Visa Business Card**<br>P.O. Box 6704<br>Sioux Falls, SD 57104-6704 | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Costco Anywhere Visa Card**<br>P.O. Box 790057<br>Saint Louis, MO 63179-0057 | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Costco Anywhere Visa Card**<br>P.O. Box 790057<br>Saint Louis, MO 63179-0057 | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **County of Ventura**<br>Treasurer-Tax Collector<br>P.O. Box 845642<br>Los Angeles, CA 90084-5642 | Line **2.7**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Diamond Landscaping, Inc.**<br>Attn: Brian Diamond<br>5431 Radford Ave.<br>Valley Village, CA 91607 | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Excel Garden Products**<br>851 North Vintage Ave.<br>Ontario, CA 91764 | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Fauver, Large, Archbald & Spray LLP**<br>Michael S. Fauver<br>820 State St., 4th Flr.<br>Santa Barbara, CA 93101 | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Fillmore and Piru Basins**<br>Groundwater Sustainability Agency<br>P.O. Box 1110<br>Fillmore, CA 93016 | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Firemaster**<br>1502 Eastman Ave., Suite B<br>Ventura, CA 93003 | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Hayduk Trust**<br>c/o Manfredi, Levine, Eccles,<br>Miller & Lanson<br>3262 E. Thousand Oaks Blvd., # 200<br>Thousand Oaks, CA 91362 | Line **3.48**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **Home Depot Credit Services**<br>P.O. Box 78011<br>Phoenix, AZ 85062-8011 | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Shell Small Business**<br>P.O. Box 639<br>Portland, ME 04104-0639 | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **State of California**<br>Franchise Tax Board<br>P.O. Box 3065<br>Rancho Cordova, CA 95741-3065 | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **T-Mobil**<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | Line **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **T-Y Nursery, Inc.**<br>P.O. Box 566<br>31761 Trabuco Canyon Rd.<br>Trabuco Canyon, CA 92678 | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **T-Y Nursery, Inc.**<br>P.O. Box 424<br>15335 Highway 76<br>Pauma Valley, CA 92061 | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **T.M. Morrison & Associates, Inc.**<br>1868 St. Albans Rd.<br>San Marino, CA 91108 | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Ventura County Public Works**<br>1567 Spinnaker Dr. # 202<br>Ventura, CA 93001 | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Ventura County Sheriff's Office**<br>800 South Victoria Ave.<br>HOJ Room 101<br>Ventura, CA 93009 | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 236,930.91 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,693,427.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,930,358.57 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Baron Brothers Nursery, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) **9:23-bk-10157-RC** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:  Income

1.  Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $202,796.06 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $4,733,133.99 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $3,951,653.39 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Baron Brothers Nursery, Inc.** _____    Case number *(if known)*  **9:23-bk-10157-RC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Southern California Edison**<br>**P.O. Box 600**<br>**Rosemead, CA 91771-0001** | 12/27/23<br>$3,005.28,<br>1/5/23<br>$160.83,<br>1/11/23<br>$1,752.49,<br>1/11/23<br>$565.91,<br>1/11/23<br>$464.88,<br>1/11/23<br>$345.54,<br>1/11/23<br>$178.07,<br>1/11/23<br>$14.04,<br>1/13/23<br>$1,275.57,<br>1/23/23<br>$4,630.97,<br>1/23/23<br>$3,528.15,<br>1/23/23<br>$1,027,<br>2/7/23<br>$160.83,<br>2/8/23<br>$1,715.73,<br>2/9/23<br>$13.58,<br>2/9/23<br>$178.07,<br>2/9/23<br>$426.54,<br>2/9/23<br>$1,430.03,<br>2/14/23<br>$165.03,<br>2/14/23<br>$508.47, and<br>2/14/23<br>$1,133.92,<br>2/22/23<br>$1,129.81,<br>2/22/23<br>$2,060.64 | $25,871.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.2.    **Blue Shield of California**<br>**P.O. Box 54530**<br>**Los Angeles, CA 90054-0530** | 1/18/23<br>$7,801.28<br>and 2/9/23<br>$1,157.65 | $8,958.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Health Insurance** |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known)  **9:23-bk-10157-RC** |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Richard Baron**<br>**7568 Santa Rosa Rd**<br>**Camarillo, CA 93012**<br>**Debtor's President** | **$2,920**<br>**weekly** | **$151,840.00** | compensation |
| 4.2. **Moro Baron**<br>**7568 Santa Rosa Rd.**<br>**Camarillo, CA 93012**<br>**Debtor's President's Wife** | **12/23/22**<br>**$326.26,**<br>**1/10/23 $573,** | **$899.26** | expense reimbursements |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **Shadow Farms**<br>**v.**<br>**Baron Brothers Nurseries,**<br>**Inc.**<br>**19CV04378** | **Complaint** | **Superior Court of California<br>- County of<br>Santa Barbara - Anacapa<br>Division<br>1100 Anacapa St.<br>P.O. Box 21107<br>Santa Barbara, CA 93121** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Ali Namvar**<br>**v.**<br>**Baron Brothers Nursery and**<br>**Richard Baron**<br>**37-2022-00027949-CU-BC-NC** | | **Superior Court of California<br>County of San Diego<br>North County Division<br>325 South Melrose Drive<br>Vista, CA 92081** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Baron Brothers Nursery, Inc.** | Case number (if known) | **9:23-bk-10157-RC** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Joan Dimartino**<br>**v.**<br>**Richard Baron and**<br>**Baron Brothers, Inc.**<br>**22VECV00729** | **Breach of**<br>**Promissory Note** | **Superior Court of California**<br>**- County of**<br>**Los Angeles - Van Nuys**<br>**Courthouse East**<br>**6230 Sylmar Ave.**<br>**Van Nuys, CA 91401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Camlam Farms, Inc.**<br>**v.**<br>**Richard Baron, et al.**<br>**56-2022-00573230-CL-UD-VTA** | **Unlawful Detainer** | **Superior Court of California**<br>**County of Ventura**<br>**800 South Victoria Ave.**<br>**Ventura, CA 93006-6489** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ronald Hayduk and Martha**<br>**Hayduk, Trustees of the**<br>**Hayduk Trust Dated October**<br>**16, 2005**<br>**v.**<br>**Baron Brothers Nursery, Inc.**<br>**56-2022-00572277-CU-UD-VTA** | **Unlawful Detainer** | **Superior Court of California**<br>**County of Ventura**<br>**800 S. Victoria Ave.**<br>**Ventura, CA 93009** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Baron Brothers Nursery, Inc.**<br>**v.**<br>**California Ranch Company,**<br>**LLC**<br>**Unknown** | **complaint** | **Superior Court of California**<br>**County of Riverside**<br>**Southwest Justice Center**<br>**30755-D Auld Rd., Ste. 1226**<br>**Murrieta, CA 92563** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Baron Brothers Nursery, Inc.** | | Case number *(if known)* | **9:23-bk-10157-RC** |

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nelson Comis Kettle & Kinney LLP**<br>**5811 Olivas Park Dr., Suite 202**<br>**Ventura, CA 93003** | | **2/9/23** | **$2,800.00** |
| | Email or website address<br>**wwinfield@calattys.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Camlam Farms, Inc.**<br>**2577 Hilltop Lane**<br>**Camarillo, CA 93012** | **John Deere Model 444H 1997 Serial # 580446 PIN# DW444HX580446** | **11/2022** | **$60,000.00** |
| | Relationship to debtor<br>**Debtor's Landlord** | | | |

| Part 7: | Previous Locations |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Baron Brothers Nursery, Inc.** | Case number *(if known)* **9:23-bk-10157-RC** |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Ventura County Credit Union 2575 Vista Del Mar Dr., Ste. 100 Ventura, CA 93001** | **XXXX-7000** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **12/9/22** | **$5.00** |
| 18.2. | **Ventura County Credit Union 2575 Vista Del Mar Dr. Suite 100 Ventura, CA 93001** | **XXXX-7002** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **12/09/22** | **$11,237.02** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | **Baron Brothers Nursery, Inc.** | Case number *(if known)* | **9:23-bk-10157-RC** |
| --- | --- | --- | --- |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Baron Brothers, Inc.<br>P.O. Box 25<br>Somis, CA 93066 | 1363 Chambersburg Rd.<br>Fillmore, CA 93015 | - (6) acres of Berry Hoop Houses with Panda Plastic= valued at $550,000<br>- (150) 1/2 hp blowers valued at $280 each = total value $42,000<br>- (2) Hemp Bucking Machines valued at $25,000 each =  total value $50,000<br>- (60) Electrical Spider Boxes valued at $450 each = total value $27,000<br>- (100) 100' extension cords valued at $68 each - total value $6,800 | $675,800.00 |
| Owner's name and address<br>Baron Brothers, Inc.<br>P.O. Box 25<br>Somis, CA 93066 | Location of the property<br>8860 Stockton Rd.<br>Moorpark, CA 93021 | Describe the property<br>- (60) Dehumidifiers valued at $2,800 each = total value $168,000<br>- (20) Desiccant dehumidifiers valued at $5,500 each = total value $110,000<br>- Python Hemp Cleaning Machine valued at $120,000<br>- (2) Trimeezz bucking machines valued at $48,000 each = total value $96,000 | Value<br>$494,000.00 |
| Owner's name and address<br>MacValley Oil Company<br>100 Del Norte Blvd.<br>Oxnard, CA 93030 | Location of the property<br>7568 Santa Rosa Rd.<br>Camarillo, CA 93012 | Describe the property<br>1000 gallon diesel tank | Value<br>Unknown |
| Owner's name and address<br>MacValley Oil Company<br>100 Del Norte Blvd.<br>Oxnard, CA 93030 | Location of the property<br>1363 Chambersburg Rd.<br>Fillmore, CA 93015 | Describe the property<br>1000 gallon diesel tank | Value<br>Unknown |
| Owner's name and address<br>MacValley Oil Company<br>100 Del Norte Blvd.<br>Oxnard, CA 93030 | Location of the property<br>4395 Hitch Blvd.<br>Moorpark, CA 93021 | Describe the property<br>1000 gallon diesel tank | Value<br>Unknown |

Debtor    **Baron Brothers Nursery, Inc.**                              Case number (if known)  **9:23-bk-10157-RC**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Richard Baron<br>P.O. Box 25<br>Somis, CA 93066 | 8860 Stockton Rd.<br>Moorpark, CA 93021 | 45' Yellow Shipping Container and Contents | Unknown |
| 10606 Chalon LLC<br>c/o The Resmark Companies<br>10880 Wilshire Blvd. # 1500<br>Los Angeles, CA 90024 | 8860 Stockton Rd.<br>Moorpark, CA 93021 | 8 Trees (all tagged)<br>(6) Ficus, (2) Oaks - Podocarpus<br><br>10606 Chalon, LLC - Still owes difference from invoice less deposit | Unknown |
| 10606 Chalon, LLC<br>c/o The Resmark Companies<br>10880 Wilshire Blvd. # 1500<br>Los Angeles, CA 90024 | 1363 Chambersburg Rd.<br>Fillmore, CA 93015 | 6 Trees (all tagged)<br>(5) Quercus, (1) Oak<br><br>10606 Chalon, LLC - Still owes difference from invoice less deposit | Unknown |
| Various | various | Various other customers small numbers of pre-paid or partially pre-paid plants at the various locations. These customers were listed as creditors in Schedule F. | Unknown |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **Baron Brothers Nursery, Inc.**                              Case number *(if known)*  **9:23-bk-10157-RC**

---

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **Baron Brothers Nursery, Inc.**<br>**7568 Santa Rosa Rd.**<br>**Camarillo, CA 93012** | **Farming** | **Dates business existed**<br>EIN:      **77-0117412**<br><br>From-To   **5/21/1986 to current** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Mitchell & Associates, APC**<br>**333 N. Lantana St., Suite 265**<br>**Camarillo, CA 93010** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Debtor    **Baron Brothers Nursery, Inc.**                                    Case number *(if known)*  **9:23-bk-10157-RC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Baron | P.O. Box 25<br>Somis, CA 93066 | President and Shareholder | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Baron | P.O. Box 1294<br>Somis, CA 93066 | shareholder | 40% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Michael Baron | P.O. Box 1294<br>Somis, CA 93066 | Vice President | resigned 3/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Baron Brothers Nursery, Inc.**                                    Case number *(if known)*   **9:23-bk-10157-RC**

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      April 10, 2023

Signature of individual signing on behalf of the debtor

**Richard Baron**
Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **11**

**Baron Brothers Nursery, Inc. Ch. 7 Case No. 9:23-bk-10157-RC**

**Supplemental Creditor Matrix – listing of added creditors:**

Champion Crane
P.O. Box 208670
Dallas, TX 75320

Gail Johnson
2401 Ranchgrove Dr.
Westlake Village, CA 91361

Performance Nursery, Inc.
6001 E. Los Angeles Ave.
Somis, CA 93066

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5811 Olivas Park Dr., Suite 202, Ventura, CA 93003**

A true and correct copy of the foregoing document entitled (*specify*): **(1) Amended Summary of Assets and Liabilities for Non-Individuals, (2) Amended Schedule E/F, (3) Amended Statement of Financial Affairs, and (4) Supplemental Creditor Matrix** _will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 21, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Ch. 7 Trustee Attorney: Samuel Mushegh Boyamian**    samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com, helen@marguliesfaithlaw.com, vicky@marguliesfaithlaw.com, **Ch. 7 Trustee Attorney: Jeremy Faith**    Jeremy@MarguliesFaithLaw.com, Helen@MarguliesFaithLaw.com; Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com, **On behalf of Andrew Goodman: Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com, **Ch. 7 Trustee: Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com, **On behalf of Interested Party: Elissa Miller**    elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com, **On Behalf of Philips 66: Valerie Smith**    claims@recoverycorp.com, **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov, **Counsel for Debtor: William E. Winfield**    wwinfield@calattys.com, scuevas@calattys.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 21, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Added Creditor:** Champion Crane, P.O. Box 208670, Dallas, TX 75320; **Added Creditor:** Gail Johnson, 2401 Ranchgrove Dr., Westlake Village, CA 91361; **Added Creditor:** Performance Nursery, Inc., 6001 E. Los Angeles Ave., Somis, CA 93066

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 8, 2020** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 21, 2023 | Sandy Cuevas | /s/ Sandy Cuevas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                **F 9013-3.1.PROOF.SERVICE**