Sandra K. McBeth (SBN 138697)
A Professional Law Corporation
7343 El Camino Real, #185
Atascadero, CA 93422
(805) 464.2959
(805) 357.5905 (fax)
smcbeth@mcbethlegal.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BARON BROTHERS NURSERY, INC.,<br><br>Debtor. | Case No.: 9:23-BK-10157-RC<br>Chapter 7<br><br>**TRUSTEE'S REPORT OF SALE OF PERSONAL PROPERTY**<br><br>**[Plant Inventory – 1363 Chambersburg Rd., Fillmore, CA and 4395 Hitch Rd., Moorpark, CA]**<br><br>**[No Hearing Required]** |

Pursuant to Fed. R. Bankr. P. 6004(f)(1) and Local Bankruptcy Rule 6004-1(g), Sandra K. McBeth, Trustee in the above-captioned case reports to the Court that after due notice to creditors and interested parties on a shortened basis, a public hearing was held at the above-entitled Court for the sale of the estate's interest in the plant inventory property located at both 1363 Chambersburg Rd., Fillmore, CA and 4395 Hitch Rd., Moorpark, CA, the Honorable Ronald A. Clilfford, III presiding.

The Court conducted the hearing which did not include any overbids.

The sale was approved to The Standard Design Group Nurseries, Inc. for the purchase price of $65,000.00, per Order entered April 7, 2023. A true and correct copy of

1

1    the fully executed Assignment and Bill of Sale is attached hereto as Exhibit "A" and

2    incorporated herein by reference.

3

4

5    Dated: April 24, 2023

                         Sandra K. McBeth, Chapter 7 Trustee

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EXHIBIT "A"

## EXHIBIT B – FORM OF ASSIGNMENT AND BILL OF SALE

### ASSIGNMENT AND BILL OF SALE

This Assignment and Bill of Sale Agreement (this "Agreement") is made and entered into March 31, 2023, by and between Sandra McBeth, in her sole and limited capacity as the Trustee of Bankruptcy Estate of Baron Brothers Nursery, Inc. ("Trustee" or "Seller"), case number 9:23-bk-10157-RC, and The Standard Design Group Nurseries ("Buyer").

#### Background Information

A.  Contemporaneously herewith, Seller and Buyer, entered into that certain Asset Purchase Agreement (the "Purchase Agreement"), with respect to certain assets held by Trustee as more particularly described in the Purchase Agreement.

B.  In conjunction with the Asset Sale, Seller desires to convey to Buyer, and assign to Buyer certain assets of as hereinafter set forth.

NOW, THEREFORE, IN CONSIDERATION of the assumptions by Buyer hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer agree as follows:

1.  Background Information: Capitalized Terms.  The forgoing Background Information is hereby incorporated into this Agreement as if fully restated herein.  Capitalized terms used herein but not otherwise defined have the same meaning as set forth in the Purchase Agreement.

2.  Bill of Sale.  Seller hereby sells, assigns, transfers and conveys to Buyer all of Trustee's right, title and interest in, the Acquired Assets at the Filmore Site and Hitch Site.

3.  Disclaimer of Warranties

(a)  The Seller expressly disclaims all warranties, whether expressed or implied, including, but not limited to, any implied warranty of merchantability or fitness for a particular purpose.

(b)  The Buyer has been given the opportunity to inspect the Acquired Assets at the Filmore Site and Hitch Site has accepted the condition of these personal properties in its existing condition, "As Is".  Further, the Seller disclaims any warranty as to the condition of the Acquired Assets at the Filmore Site and Hitch Site.

4.  Counterparts: Electronic Delivery. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Receipt by facsimile, scanned copy or portable document format (PDF) of any executed signature page to this Agreement shall constitute effective delivery of such signature page.

5.  _Successors and Assigns_.  This Agreement shall inure to the benefit of, and be binding upon, the successors, executors, administrators, legal representatives and assigns of the parties hereto.

6.  _Governing Law_.  This Agreement shall be construed under and enforced in accordance with the laws of the State of California.

AGREED, UNDERSTOOD, SIGNED AND DELIVERED
this _7th_ day of April 2023.

BUYER:

The Standard Design Group Nurseries, a California corporation

_____
David Schneider
Chief Executive Officer

SELLER:

SANDRA K. MCBETH, CHAPTER 7
TRUSTEE

_____
Sandra K. McBeth, Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**7343 El Camino Real #185, Atascadero CA 93422**

A true and correct copy of the foregoing document described <u>TRUSTEE'S REPORT OF SALE OF PERSONAL PROPERTY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 24, 2023</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/24/23 | Donna Earnest | /s/ Donna Earnest |
|---------|---------------|-------------------|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**