**IN THE UNITED STATES BANKRUPTCY COURT FOR
CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION**

In re

BARON BROTHERS NURSERY INC

Debtors.

In Chapter 7 Proceeding
Case No. 23-10157

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/21/2023 Docket Number 7.

Dated: This 8th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

WILLIAM E WINFIELD
Attorney

DIANE C WEIL
Chapter 7    Trustee

Dated: This 8 th day of July, 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257