1  JEREMY W. FAITH (State Bar No. 190647)
   *Jeremy@MarguliesFaithlaw.com*
2  SAMUEL M. BOYAMIAN (State Bar No. 316877)
   *Samuel@MarguliesFaithlaw.com*
3  **MARGULIES FAITH, LLP**
   16030 Ventura Blvd., Suite 470
4  Encino, California 91436
   Telephone: (818) 705-2777
5  Facsimile:  (818) 705-3777

6  Attorneys for Sandra K. McBeth, Chapter 7 Trustee

7

8  **UNITED STATES BANKRUPTCY COURT
   CENTRAL DISTRICT OF CALIFORNIA
9  NORTHERN DIVISION**

10 | In re: | Case No.: 9:23-bk-10157-RC

11 | BARON BROTHERS NURSERY, INC., | Chapter: 7

12 | | ***EX PARTE* MOTION TO AMEND ENTERED ORDER GRANTING IN PART THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY TO JAS PLANT SALES, INC. [DOCKET NO. 97]; DECLARATION OF SANDRA K. MCBETH IN SUPPORT THEREOF**
   Debtor.

   [No Hearing Required]

**TO THE HONORABLE RONALD A. CLIFFORD, III, UNITED STATES BANKRUPTCY JUDGE:**

Sandra K. McBeth, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Baron Brothers Nursery, Inc. (the "Debtor") hereby submits this *Ex Parte* Motion to Amend the entered Order Granting the Trustee's Motion Authorizing the Sale of Personal Property to JAS Plant Sales, Inc. (the "Order", Dkt. No. 97).

Pursuant to the Order, the Trustee is authorized to sell the estate's interest to JAS Plant Sales, Inc. (the "Purchaser"), in the following vehicles and trailers:

(i) one 1986 Western Star 3 Axle Crane Truck (the "WS Truck");

(ii) one 1999 International Crane Truck (the "Intl. Truck");

(iii) one 1981 Great Dane Drop-Deck trailer (the "DG Trailer"); and

(iv) one 1968 Kentucky Lowboy Drop-Deck trailer (the "KY Trailer").

(collectively, the "Vehicles/Equipment").

However, since the Trustee did not have any of the original title certificates for the Vehicles/Equipment, she has been unable to complete the transfer of ownership to the Purchaser and conclude the sale.  The Trustee did not have any of the original title certificates, or the "pink slips", for the Vehicles/Equipment because the Debtor did not provide these documents to the Trustee as it was unable to locate the pink slips for the Vehicles/Equipment.

The Trustee, however, was eventually able to gather additional information about the Vehicles/Equipment, information that the Trustee could reply upon to obtain replacement title certificates for the Vehicles/Equipment.  The additional information consisted of expired insurance cards for the DG Trailer and KY Trailer and expired registration cards for the Intl. Truck and the WS Truck.  These documents provided the Trustee with the vehicle identification information ("VIN") and license plate numbers for the Vehicles/Equipment. The following are the VIN and license plate numbers for the Vehicles/Equipment:

    (i)    The WS Truck:

        a. VIN - 2WKPDCCG3GK915142 and License plate number 5E87835

    (ii)    The Intl. Truck:

        a. VIN - 1HTGLADT2XH580379 and License plate number 7R90694

    (iii)    The DG Trailer:

        a. VIN 1GRDN8422BM031202 and License plate number 1UV9753

    (iv)    The KY Trailer

        a. VIN 35217 and License plate number 4MA8313

Additionally, the Trustee learned that title to the WS Truck and GD Trailer are held by RP Contractors, Inc. ("RP") (the "RP Vehicles"), and the Intl. Truck and KY Trailer (the "Debtor Vehicles") are titled to the Debtor.

With the foregoing information, the Trustee went to the California Department of Motor Vehicles ("DMV") on January 30, 2024, to attempt to obtain replacement title certificates for the Debtor Vehicles. The Trustee presented the completed DMV form "Application for Replacement or Transfer of Title" along with copies of the 341(a) notice identifying her as the Trustee and the Order. The DMV manager informed the Trustee that the Order must include additional language that identifies each vehicle with the VIN and license numbers specifically[1].

As such, the Trustee seeks entry of an amended order that identifies each of the Vehicles/Equipment with the individual VIN and license numbers. The Trustee will continue to investigate if the Estate has sufficient authority to transfer title to the RP Vehicles through a lien sale process.

The Trustee brings this motion on an *Ex Parte* basis, as she is not requesting any substantive relief. The Trustee only requests that this clarifying information be added so

---

[1] Again, the Order did not contain the VIN and license plate numbers for each vehicle and equipment because that information was unknown to the Trustee at the time of the filing of the Motion and the subsequent lodging of the Order.

that the Trustee could complete the previously approved sale of Debtor Vehicles only. Accordingly, the Trustee respectfully requests that the Court grant this Motion and enter an amended order in a form substantially similar to the order attached hereto as **Exhibit A**.

Dated: February 8, 2024　　　　　　　**MARGULIES FAITH, LLP**

By:    */s/ Samuel M. Boyamian*
     Jeremy W. Faith
     Samuel M. Boyamian
Attorneys for Sandra K. McBeth,
Chapter 7 Trustee

## **DECLARATION OF SANDRA K. MCBETH**

I, Sandra K. McBeth, declare as follows:

1. I am the duly-appointed, qualified, and acting Chapter 7 trustee for the bankruptcy estate of Baron Brothers Nursery, Inc. (the "Debtor"). I make this declaration in support of the attached motion.

2. Since the entry of the "Order Granting in Part the Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Free and Clear of all Liens, Claims, and Interests Pursuant to 11 U.S.C. § 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Purchaser, Successful Bidder, and Back-up Bidder as Good Faith Purchasers; and (4) Waiving the 14 day Stay (hereinafter referred to as the "Order") (Dkt. No. 97), I have been working on transferring title to the JAS Plant Sales, Inc. (the "Purchaser") for the four vehicles/equipment sold, they are:

(i) one 1986 Western Star 3 Axle Crane Truck (the "WS Truck";

(ii) one 1999 International Crane Truck (the "Intl. Truck");

(iii) one 1981 Great Dane Drop-Deck trailer (the "DG Trailer"); and

(iv) one 1968 Kentucky Lowboy Drop-Deck trailer (the "KY Trailer").

(collectively, the "Vehicles/Equipment").

3. However, since I did not have any of the original title certificates for the Vehicles/Equipment, I have been unable to complete the transfer of ownership to the Purchaser and conclude the sale. I did not have any of the original title certificates, or the "pink slips", for the Vehicles/Equipment because the Debtor did not provide these documents to me as it was unable to locate the pink slips for the Vehicles/Equipment.

4. I, however, was eventually able to gather additional information about the Vehicles/Equipment, information that I could reply upon to obtain replacement title certificates for the Vehicles/Equipment. The additional information consisted of expired insurance cards for the DG Trailer and KY Trailer and expired registration cards for the Intl. Truck and the WS Truck. These documents provided me with the vehicle identification information ("VIN") and license plate numbers for the Vehicles/Equipment.

5

The following are the VIN and license plate numbers for the Vehicles/Equipment:

    (i)    The WS Truck:

        a.  VIN - 2WKPDCCG3GK915142 and License plate number 5E87835

    (ii)    The Intl. Truck:

        a. VIN - 1HTGLADT2XH580379 and License plate number 7R90694

    (iii)    The DG Trailer:

        a.  VIN 1GRDN8422BM031202 and License plate number 1UV9753

    (iv)    The KY Trailer

        a.  VIN 35217 and License plate number 4MA8313

5. Additionally, I learned that title to the WS Truck and GD Trailer are held by RP Contractors, Inc. ("RP") (the "RP Vehicles"), and the Intl. Truck and KY Trailer (the "Debtor Vehicles") are titled to the Debtor.

6. With the foregoing information, I went to the California Department of Motor Vehicles ("DMV") on January 30, 2024, to attempt to obtain replacement title certificates for the Debtor Vehicles. I presented the completed DMV form "Application for Replacement or Transfer of Title" along with copies of the 341(a) notice identifying her as the Trustee and the Order.  The DMV manager informed me that the Order must include additional language that identifies each vehicle with the VIN and license numbers specifically[2].

7.   As such, I seek entry of an amended order that identifies each of the Vehicles/Equipment with the individual VIN and license numbers.  I will continue to investigate if the Estate has sufficient authority to transfer title to the RP Vehicles through a lien sale process.

8.  I bring this Motion on an *Ex Parte* basis, as I am not requesting any substantive relief. I only request the addition of clarifying information so that I may

---

[2] Again, the Order did not contain the VIN and license plate numbers for each vehicle and equipment because that information was unknown to the Trustee at the time of the filing of the Motion and the subsequent lodging of the Order.

1 complete the previously approved sale of the Debtor Vehicles only. Accordingly, I
2 respectfully request that the Court grant this Motion and enter an amended order in a
3 form substantially similar to the order attached hereto as **Exhibit A**.

5      I declare under penalty of perjury, under the laws of the United States of
6 America that the foregoing is true and correct and that this Declaration was executed
7 on February 8, 2024, at ~~Santa Maria,~~ Atascadero, California.

                                                 Sandra K. McBeth

# Exhibit A

JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
SAMUEL M. BOYAMIAN (SBN 316877)
*Samuel@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

Attorneys for Sandra K. McBeth,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BARON BROTHERS NURSERY, INC.,<br><br>                                          Debtor. | Case No.:  9:23-bk-10157-RC<br><br>Chapter:  7<br><br>**AMENDED ORDER GRANTING IN PART THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF CERTAIN PERISHABLE PLANT INVENTORY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b) AND (f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING PURCHASER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD FAITH PURCHASERS; AND (4) WAIVING THE 14 DAY STAY**<br><br>**Hearing Held On:**<br>Date:   August 8, 2023<br>Time:   2:00 p.m.<br>Place:  Courtroom 5D<br>           411 West Fourth Street<br>           Santa Ana, CA 92701<br><br>***Continued* Hearing Scheduled For:**<br>Date:   September 12, 2023<br>Time:   2:00 p.m.<br>Place:  Courtroom 201<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

A hearing was held at the above date and time on the *"Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Personal Property Free and Clear of All Liens, Claims, and Interests Pursuant to 11 U.S.C. § 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Purchaser, Successful Bidder, and Back-Up Bidder as Good Faith Purchasers; and (4) Waiving the 14 Day Stay* (the "Motion", Dkt. No. 87) filed by Sandra K. McBeth, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Baron Brothers Nursery, Inc.  Appearances were as noted on the record.

The Court, having considered the Motion and the record in this case, no qualified overbids having been received, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that:

1) The Motion is **GRANTED** in part;

2) The proposed overbid procedures are approved;

3) The Trustee is authorized pursuant to 11 U.S.C. § 363(b) to sell to JAS Plants Sales, Inc. (the "Buyer") the following assets:

| Asset | Price |
|---|---|
| 1986 Western Star Crane Truck (VIN - 2WKPDCCG3GK915142 and License plate number 5E87835) - | $15,965 |
| 1999 International Crane Truck (VIN - 1HTGLADT2XH580379 and License plate number 7R90694) - | $15,965 |
| 1981 Great Dane Drop-Deck (VIN 1GRDN8422BM031202 and License plate number 1UV9753) - | $ 5,000 |
| 1968 Kentucky Lowboy Drop-Deck (VIN 35217 and License plate number 4MA8313) - | $ 5,000 |

4) The sale of the above-itemized assets is on an "as-is," "where-is," basis "with all faults," and with no representations or warranties being made by the Trustee and with no contingencies;

5) The Buyer is a "good faith" purchaser entitled to the protections of 11

1 | U.S.C. § 363(m).  The Trustee and the Buyer are acting at arms-length and in good faith
2 | within the meaning of 11 U.S.C. § 363(m);
3 |       6)     The Trustee is authorized and empowered to execute and deliver on behalf
4 | of the estate any and all documents as reasonably necessary to implement the terms of
5 | the proposed sale;
6 |       7)     The court reserves jurisdiction to adjudicate any disputes that may arise in
7 | connection with the Motion and/or this Order;
8 |       8)     The 14-day stay imposed by Fed R. Bankr. P. 6004(h) is waived; and
9 |       9)     The Court continues the hearing to **September 12, 2023 at 2:00 p.m.**
10 | on the sale of the 10x6 ft. Potting Wagon.

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **EX PARTE MOTION TO AMEND ENTERED ORDER GRANTING IN PART THE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY TO JAS PLANT SALES, INC. [DOCKET NO. 97]; DECLARATION OF SANDRA K. MCBETH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 8, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 8, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 8, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL:
JUDGE: Hon. Ronald A. Clifford III  1415 State Street, Courtroom 201 Santa Barbara, California 93101-2511
DEBTORS: **Baron Brothers Nursery, Inc.** 7568 Santa Rosa Rd. Camarillo, CA 93012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 8, 2024 | Angela Saba | /s/ Angela Saba |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**Samuel Mushegh Boyamian on behalf of Trustee Sandra McBeth (TR)**
samuel@marguliesfaithlaw.com,
angela@marguliesfaithlaw.com,helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

**Jeremy Faith on behalf of Trustee Sandra McBeth (TR)**
Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

**Andrew Goodman on behalf of Attorney Andrew Goodman**
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

**Daniel A Higson on behalf of Interested Party Daniel A Higson**
deanna@danhigsonattorney.com, higsondr45866@notify.bestcase.com

**Sandra McBeth (TR)**
jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

**Elissa Miller on behalf of Interested Party Courtesy NEF**
elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

**Ronald N Richards on behalf of Interested Party Courtesy NEF**
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

**United States Trustee (ND)**
ustpregion16.nd.ecf@usdoj.gov

**William E. Winfield on behalf of Debtor Baron Brothers Nursery, Inc.**
wwinfield@calattys.com, scuevas@calattys.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.