JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
SAMUEL M. BOYAMIAN (SBN 316877)
*Samuel@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attorneys for Sandra K. McBeth, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:

BARON BROTHERS NURSERY, INC.,

Debtor.

Case No.: 9:23-bk-10157-RC

Chapter: 7

**NOTICE OF INCREASED HOURLY RATES FOR MARGULIES FAITH LLP**

**TO ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that, effective January 1, 2025, the hourly rates for the attorneys and paralegals of Margulies Faith LLP (the "Firm") increased as provided below.

| ATTORNEYS | PRIOR RATE | NEW RATE |
|---|---|---|
| Craig G. Margulies | $690.00 | $725.00 |
| Jeremy W. Faith | $690.00 | $725.00 |
| Meghann A. Triplett | $550.00 | $565.00 |
| Samuel Boyamian | $465.00 | $475.00 |
| Andrew Hennigan | $465.00 | $475.00 |
| Jonathan Serrano | $450.00 | $460.00 |

| PARALEGALS | PRIOR RATE | NEW (CURRENT) RATE |
|---|---|---|
| Angela Saba | $275.00 | $275.00 |
| Amber Ortiz | $255.00 | $255.00 |
| Vicky Castrellon | $235.00 | $245.00 |

Dated: January 29, 2025    **MARGULIES FAITH LLP**

By: */s/ Jeremy W. Faith*
Jeremy W. Faith
Attorneys for Sandra K. McBeth, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF INCREASED HOURLY RATES FOR MARGULIES FAITH LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 29, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **January 29, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Pursuant to the General Order 23-01, Judge's copies are not required for any document less than 25 pages.
**DEBTOR:** Baron Brothers Nursery, Inc., 7568 Santa Rosa Rd., Camarillo, CA 93012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE LIST (if needed):**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>**:**

Samuel Mushegh Boyamian on behalf of Interested Party Courtesy NEF
samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

Samuel Mushegh Boyamian on behalf of Trustee Sandra McBeth (TR)
samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

Jeremy Faith on behalf of Interested Party Courtesy NEF
Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Jeremy Faith on behalf of Trustee Sandra McBeth (TR)
Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Andrew Goodman on behalf of Attorney Andrew Goodman
agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Daniel A Higson on behalf of Interested Party Daniel A Higson
deanna@danhigsonattorney.com, higsondr45866@notify.bestcase.com

Sandra McBeth (TR)
jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

Elissa Miller on behalf of Interested Party Courtesy NEF
elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

William E. Winfield on behalf of Debtor Baron Brothers Nursery, Inc.
wwinfield@calattys.com, scuevas@calattys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                         **F 9013-3.1.PROOF.SERVICE**