| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Seana Azad<br>Gordon Rees Scully Mansukhani LLP<br>100 Pringle Avenue, Suite 300<br>Walnut Creek CA 94596<br>(415) 875-3245<br>Fax: (510) 984-1721<br>sazad@grsm.com<br>State Bar No. 307256<br><br>*Attorney for:* OceanAir Federal Credit Union | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>BARON BROTHERS NURSERY, INC.<br><br>                                        Debtor(s).<br>SANDRA K. McBETH, Trustee<br><br><br>                                        Plaintiff(s),<br>vs.<br>OCEANAIR FEDERAL CREDIT UNION<br><br><br>                                        Defendant(s). | CASE NO.: 9:23-bk-10157-RC<br>ADVERSARY NO.: 09-25-01011-RC<br>*(if applicable)*<br>CHAPTER: 7<br><br>**SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   OceanAir Federal Credit Union

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Seana Azad, Gordon Rees Scully Mansukhani LLP
   100 Pringle Avenue, Suite 300 Walnut Creek CA 94596
   (415) 875-3245; sazad@grsm.com

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☒ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Ashley R. Morris, Litchfield Cavo LLP

Date: 06/03/2025

_____
Signature of party

OceanAir Federal Credit Union
_____
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 06/03/2025

_____
Signature of present attorney

ASHLEY R. MORRIS
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 06/03/2025

_____
Signature of new attorney

SEANA AZAD
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 2091-1.SUBSTITUTION.ATTY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
GORDON REES SCULLY MANSUKHANI, LLP, 315 Pacific Avenue, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/27/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[x] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/27/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Richard Alan Baron, P. O. Box 25, Somis, CA 93066
on behalf of First Insurance Funding

LEA Accountancy, LLP, 1130 S. Flower Street, Suite 312, Los Angeles, CA 90015.
on behalf of Marc A. Lieberman

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/27/2025 | Kelly McAllister | *Kelly McAllister* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 3                              F 2091-1.SUBSTITUTION.ATTY

# SERVICE INFORMATION LIST
## SUPPORTING F9013-3.1 PROOF OF SERVICE

In Re: Baron Brothers Nursery, Inc.
U.S. Bankruptcy Court, Central District of California
Case No. 9:23-bk-10157-RC

**NOTICE WILL BE ELECTRONICALLY MAILED TO:**

Seana Azad on behalf of Attorney OceanAir Federal Credit Union f/k/a CBC Federal Credit Union sazad@grsm.com

Samuel Mushegh Boyamian on behalf of the Interested Party, Courtesy NEF samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Samuel Mushegh Boyamian on behalf of Plaintiff Sandra K. McBeth, Chapter 7 Trustee samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Samuel Mushegh Boyamian on behalf of Trustee Sandra McBeth (TR) samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Bryant S Delgadillo on behalf of Defendant JPMorgan Chase Bank, National Association, bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com

Jeremy Faith on behalf of the Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jeremy Faith on behalf of Trustee Sandra McBeth (TR) Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Andrew Goodman on behalf of Attorney Andrew Goodman agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Matthew S Henderson on behalf of Defendant JPMorgan Chase Bank, National Association, matthew.henderson@piblaw.com, rhonda.viers@piblaw.com

# SERVICE INFORMATION LIST
## SUPPORTING F9013-3.1 PROOF OF SERVICE

In Re: Baron Brothers Nursery, Inc.
U.S. Bankruptcy Court, Central District of California
Case No. 9:23-bk-10157-RC

Daniel A Higson on behalf of the Interested Party Daniel A Higson
deanna@danhigsonattorney.com, higsondr45866@notify.bestcase.com

Sandra McBeth (TR)
jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

Elissa Miller on behalf of the Interested Party, Courtesy NEF
elissa.miller@gmlaw.com, emillersk@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Ashley Morris on behalf of Defendant OceanAir Federal Credit Union
f/k/a CBC Federal Credit Union morris@litchfieldcavo.com

Ronald N Richards on behalf of the Interested Party, Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Richard A Rodgers on behalf of Defendant Law Offices of Stephanie L. Mandavi a
Professional Law Corporation,
a California corporation
rar@lawsdr.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

William E. Winfield on behalf of Debtor Baron Brothers Nursery, Inc.
wwinfield@calattys.com, scuevas@calattys.com

**NOTICE WILL BE MAILED TO:**

| | |
|---|---|
| Richard Alan Baron<br>P.O. Box 25<br>Somis, CA 93066<br><br>On behalf of First Insurance Funding | LEA Accountancy, LLP<br>1130 S. Flower Street<br>Suite 312<br>Los Angeles, CA 90015<br><br>On behalf of Marc A. Lieberman |

-2-